UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473**<br><br>**IN ADMIRALTY** |

### PLAINTIFF'S MOTION FOR APPOINTMENT OF APPRAISER

Now comes the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above captioned matter, by and through his undersigned counsel, Clinton & Muzyka. P.C., and respectfully moves this Honorable Court pursuant to Rule F (1) of the Supplemental Rules for Certain Admiralty and Maritime Claims to appoint marine appraiser and surveyor, Michael Collyer of Marine Safety Consultants, Inc., to appraise and determine, according to his best skill and judgment, the value of the Plaintiff's interests in the M/V IYANOUGH (O.N. 1185366) at the time of the June 19, 2017 incident as set forth in his Complaint, and to report his findings to this Honorable Court without delay.

The Plaintiff has attached hereto as ***Exhibit A***, a copy of Michael Collyer's Curriculum Vitae and as ***Exhibit B***, a proposed Order to Appraise.

**WHEREFORE,** the Plaintiff moves that Michael Collyer of Marine Safety Consultants, Inc. be appointed the appraiser in this Complaint for Exoneration From or Limitation of Liability, Civil and Maritime.

        Respectfully submitted,
        Plaintiff, Woods Hole, Martha's
        Vineyard and Nantucket Steamship
        Authority

        By his attorney:
        **CLINTON & MUZYKA, P.C.**

        */s/"Thomas J. Muzyka"*
        **Thomas J. Muzyka**
        **BBO NO. 365540**
        **Olaf Aprans**
        **BBO NO. 670434**
        88 Black Falcon Avenue
        Suite 200
        Boston, MA  02210
        (617) 723-9165
        Fax:  (617) 720-3489
        Email:
        tmuzyka@clinmuzyka.com

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

    I, Thomas J. Muzyka, hereby certify that as of today no other party has appeared in this matter and this motion is filed as a matter of procedure in this Limitation Action.

        "/s/ Thomas J. Muzyka"
        Thomas J. Muzyka

## **CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 15, 2017.

        "/s/ Thomas J. Muzyka"
        Thomas J. Muzyka