# EXHIBIT A

## MICHAEL L. COLLYER
10 Holly Lane
Mattapoisett, MA 02739
(508) 758-4554

**EXPERIENCE**:

September 1987 to Present — <u>Marine Safety Consultants, Inc</u>. General Manager & Senior Surveyor conducting loss and damage surveys aboard commercial and recreational vessels. Conduct condition and valuation surveys, on hire/off hire surveys aboard passenger vessels, commercial vessels, tugs, barges, and yachts. Provide written reports to owners, buyers, sellers, lenders and underwriters. Manage third party claims resulting from maritime catastrophes, such as oil spills. Provide consulting expertise in matters relating to maritime workplace safety, vessel safety, salvage and repair. Served as instructor in Navigation and Seamanship at Northeast Maritime, Inc.

Salient career highlights include:

1987 to present- Underwriter's representative to investigate and manage major claims at shipyards and marine facilities and on vessels, including ship and structure fires, dry dock casualties, crew/worker injuries and deaths. Represent defense counsel as expert witness.

1992 to present: Train, manage and supervise staff of commercial and recreational vessel surveyors, injury claim managers and safety consultants; reviewing and approving reports on more than 900 assignments per year.

2012: conduct safety surveys and determine compliance with international regulations on Peruvian flag cruise ships carrying US passengers on the Amazon River.

2011/2012- Project manager: develop Hazard Analysis and Safety Management System for Carteret, NJ proposed municipal marina on busy commercial canal.

2009 to present: Consultant Project Manager- GE Hudson River Cleanup. Provide safety and survey expertise as sub-contractor for waterborne dredging activities.

2011- Project Manager and surveyor for comprehensive evaluation of twenty-four dinner/passenger vessels in eight US ports for a buyer.

2010-2011- Survey and appraise major US inland and blue water barge and tug fleet for lenders, comprising over 75 units.

1990 to present: as sole source, review and manage all passenger and crew injury claims for the fourth largest domestic passenger ferry service. Make risk management recommendations and conduct follow up on corrective actions.

2010 to present: conduct safety surveys and determine compliance with international regulations on large fleet of Ecuadorian flag cruise ships carrying US passengers in the Galapagos Islands.

2006 to 2008- Lead surveyor: Cooper River Bridge demolition, Charleston, SC.  Conducted On Hire and Off Hire surveys on all floating equipment, comprising over 30 tugs, barges, hopper scows and jack-ups.  Manage resulting claims for underwriters, including repairs on dry dock.

2006- Project safety consultant for Cardi Corp., to advise on the safe loading and safe 14 mile transit of the pre-fabricated Providence River/Interstate 195 road bridge, on tandem barges.

2002 to 2004- Owner's representative for the construction of a fleet of 120' and 140' deck barges at Pittsburgh, PA.

1996 to 1998- Senior adjuster for the management of third party claims as a result of the T/B North Cape oil spill at Pt. Judith, RI.

1992 to 1996- Project Manager: best safety practices review and implementation oversight for marine operations on the Boston Big Dig, primarily involving the construction of the Ted Williams Tunnel under Boston Harbor.

1991- Lead safety consultant: Deer Island Sewer Outfall, develop and implement safety plan for installation of sub-sea diffusers from jack-up barge off the coast of Boston.

July 1980 -
July 1987

Collyer Brothers, Inc. President and Treasurer of marine towing and transport company, engaged in commercial assistance, salvage and non-emergency towing operations.  Provide consulting and surveying expertise on part-time basis to Marine Safety Consultants, Inc. Instructor of Seamanship, Piloting and Navigation at New England Technical Institute.

Dec 1976 -
Sept 1987

New Bedford Yacht Club, General Manager of 100 slip, full service marina and yacht club, responsible for operation of three licensed passenger vessels, yard maintenance and repair facility, plus supervision of 60 employees, and hospitality services.  Served as instructor at local vocational-technical school in navigation, seamanship and architectural drafting.  During off season involved in the construction of marina piers; and the design and construction of floating marina facilities, as well as shoreside structures within the flood zone.

July 1974 -
Nov 1976

Massachusetts Department of Natural Resources, Serving as Law Enforcement Officer, watch captain and operator of coastal patrol boat.  Enforce fisheries and recreational boating laws.  Conduct investigations regarding violation complaints.

Collyer, Michael L.                              3

| | |
|---|---|
| July 1971 - June 1974 | <u>Various</u>, Sea-going positions with Military Sea-Lift Command Atlantic; Commissioned officer, US Navy Reserve; mate aboard offshore lobster vessel for Western Ocean Resources, and aboard other commercial vessels. |
| **EDUCATION**: | B. S. Massachusetts Maritime Academy, Nautical Science and Marine Transportation; regular attendee to professional seminars on technical marine-related topics. 40 hour Hazwoper certified. |
| **PERSONAL**: | Member: US Naval Institute; Society of Naval Architects & Marine Engineers; Propeller Club - Port of Boston; American Boat & Yacht Council; National Fire Protection Assoc.; Licensed Mass. Construction Supervisor #9706; Licensed as Third Mate by USCG, Any Gross Tonnage, on Oceans. |