**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | CIVIL ACTION NO.: 17-12473<br><br>IN ADMIRALTY |

### ORDER TO APPRAISE

Upon consideration of the prayer in the Complaint in the above captioned matter that due appraisal be made to determine the value of the Plaintiff's interests in the M/V IYANOUGH at the time of the June 19, 2017 incident as set forth in his Complaint it is now, to wit:

**ORDERED AND DECREED** that Michael Collyer of Marine Safety Consultants, Inc. be hereby appointed Appraiser to determine the value of the Plaintiff's interests in the M/V IYANOUGH and its pending freight at the time of the incident, and to report his finding to this Court.

By the Court,

_____