# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG**<br><br>**IN ADMIRALTY** |

### PLAINTIFF'S SUBMISSION OF APPRAISAL

Now comes the Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above captioned matter, by and through his undersigned counsel, Clinton & Muzyka, P.C., and submits the Appraiser's Report, dated December 29, 2017, finding the M/V IYANOUGH (O.N. 1185366) at a **FAIR MARKET VALUE** of $7,416,000.00 and the value of her **PENDING FREIGHT**: **$0.00**.

The Appraiser's Report is attached hereto as *Exhibit No. 1* to this pleading.

> Respectfully submitted,
> Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority
>
> By its attorney:
> **CLINTON & MUZYKA, P.C.**
>
> */s/"Thomas J. Muzyka"*
> **Thomas J. Muzyka**
> **BBO NO. 365540**
> **Olaf Aprans**
> **BBO NO. 670434**
> 88 Black Falcon Avenue
> Suite 200
> Boston, MA  02210
> (617) 723-9165
> Fax:  (617) 720-3489
> Email:
> tmuzyka@clinmuzyka.com

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2018.

                                     "/s/ Thomas J. Muzyka"
                                     Thomas J. Muzyka