# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG  IN ADMIRALTY |

*APPRAISER'S REPORT*

I, Michael L. Collyer, being the individual identified in the foregoing Order Appointing Appraiser, having attended to the duties assigned to me, and after a strict examination and careful inquiry, I do estimate the appraise the said

**M/V IYANOUGH (O.N. 1185366)**

Fair Market Value of **$7,416,000.00**, inclusive of all anchors, tackle and apparel

And the value of her **PENDING FREIGHT**:

None or $0.00

In witness whereof I hereunto set my hand at Fairhaven, MA this 29th day of December, 2017.

Michael L. Collyer
Marine Safety Consultants, Inc.
26 Water Street
Fairhaven, MA 02719