UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG** <br><br> **IN ADMIRALTY** |

**PLAINTIFF'S MOTION FOR ORDER DIRECTING
ISSUANCE OF NOTICE AND RESTRAINING SUITS**

Now comes the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (the "Steamship Authority"), by and through its undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court for an Order directing issuance of Notice to Claimants, and restraining all actions outside the proceedings herein.

The Plaintiff submits the foregoing pursuant to Rule F(3) and (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims and according to local practice before the United States District Court for the District of Massachusetts.

The Plaintiff attaches herewith its proposed Order Directing Issuance of Notice and Restraining Suits as *Exhibit A* and attaches its Notice of Complaint for Exoneration from or Limitation of Liability as *Exhibit B.*

**WHEREFORE**, the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, prays that its Motion be allowed and that the Order issue forthwith.

          Respectfully submitted,
**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY**

By his attorney:
**CLINTON & MUZYKA, P.C.**

*/s/"Olaf Aprans"*
**Thomas J. Muzyka**
**BBO NO. 365540**
**Olaf Aprans**
**BBO NO. 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA  02210
(617) 723-9165
Fax:  (617) 720-3489
Email:
tmuzyka@clinmuzyka.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Olaf Aprans, hereby certify that as of today no other party has appeared in this matter and this motion is filed as a matter of procedure in this Limitation Action.

"/s/ Olaf Aprans"
Olaf Aprans

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 17, 2018.

"/s/ Olaf Aprans"
Olaf Aprans