UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG<br><br>IN ADMIRALTY |

NOTICE OF COMPLAINT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (the "Steamship Authority"), as owner of the M/V IYANOUGH [ON: 1185366], has filed a Complaint pursuant to 46 U.S.C.A § 30501 through 46 U.S.C.A. § 30512 claiming the right to exoneration from or limitation of liability for all claims and for any and all losses, damages, and injuries allegedly arising out of an incident on or about June 16, 2017 during a voyage of the M/V IYANOUGH [ON: 1185366] as more fully described in the Complaint.

All persons having such Claims must file them, under oath, as provided by Supplemental Rules for Certain Admiralty and Maritime Claims Rule F(4), with the Clerk of this Court at the United States District Court, 1 Courthouse Way, Boston, Massachusetts 02210, and serve on or mail to the Plaintiff's attorneys, Clinton & Muzyka, P.C., 88 Black Falcon Avenue, Boston, MA 02210, a copy thereof, at or before 5:00 P.M. on or before ~~June 18,~~ AUGUST 3, 2018, or be defaulted. Personal attendance is not required.

*NMG 7/3/18*

If any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he/she shall file and serve on the attorneys for the Plaintiff an Answer to the Complaint on or before the aforesaid date unless his/her Claim has included an answer, so designated, or be defaulted.

2

Dated: 7/3/18

_____
Deputy Clerk



Clinton & Muzyka, P.C.
Attorneys for the Plaintiff
88 Black Falcon Avenue, Suite 200
Boston, MA 02210
Tel:   (617) 723-9165
Fax:   (617) 720-3489