UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATIONS OF LIABILITY, CIVIL AND MARITIME | Case No.: 17-12473-NMG<br><br>IN ADMIRALTY |

**ANSWER OF CLAIMANT ERIN DANCIK TO THE COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME**

The claimant Erin Dancik (hereinafter "Claimant"), hereby responds to the Respondent's Complaint as follows:

**FIRST AFFIRMATIVE DEFENSE**

Claimant responds to the Respondent's allegations, paragraph by paragraph, as follows:

**JURISDICTION**

1. Admitted.

**COUNT I: LIMITATION OF LIABILITY**

2. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

3. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

4. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

5. Denied.

6. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

7. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

8. Denied.

9. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

10. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

11. Denied.

12. Denied.

13. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

## PRAYERS FOR RELIEF

(1) Claimant denies that Respondent is entitled to the relief described;

(2) Claimant denies that Respondent is entitled to the relief described;

(3) Claimant denies that Respondent is entitled to the relief described;

(4) Claimant denies that Respondent is entitled to the relief described;

(5) Claimant denies that Respondent is entitled to the relief described; and

(6) Claimant denies that Respondent is entitled to the relief described.

3

**FIRST AFFIRMATIVE DEFENSE**

The Respondent's complaint fails to state a claim upon which relief can be granted.

                            Claimant Erin Dancik,
                            By Her Attorneys,
                            LAW OFFICES OF SAMUEL A. SEGAL

                            _____
                            Samuel A. Segal, Esq.
                            BBO #679978
                            75 Arlington St., Ste. 500
                            Boston, MA 02116
                            p: 617-383-3542
                            f: 617-245-5320
                            sam@segallawmass.com

Dated:  July 23, 2018

**Certificate of Service**

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2018.

_____
Samuel A. Segal, Esq.