## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, ) <br> MARTHA'S VINEYARD AND ) <br> NANTUCKET STEAMSHIP ) <br> AUTHORITY FOR ) <br> EXONERATION FROM AND/OR ) <br> LIMITATIONS OF LIABILITY, ) <br> CIVIL AND MARITIME ) | Case No.: 17-12473-NMG <br><br> IN ADMIRALTY |

### CLAIM OF ERIN DANCIK

### JURISDICTION

1. This is a Claim being presented pursuant to 46 U.S.C. §§ 30501 et seq. and Supplemental Admiralty Rule F. This Court has admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

### THE CLAIMANT

2. Claimant Erin Dancik is an individual who resides at 63 Vestal Street, Nantucket, Commonwealth of Massachusetts.

### THE FACTS

3. On June 16, 2017, claimant Erin Dancik was a passenger onboard the M/V IYANOUGH (O.N. 1185366) (the "Vessel") owned and/or operated by Respondent Woods Hole, Martha's Vineyard and Nantucket Steamship Authority ("Respondent") when the vessel was caused to collide with a jetty.

4. The cause of the incident was the carelessness and negligence of the Vessel's operator.

5. At all times material to this claim, the Vessel's operator was acting in his capacity as an agent, servant, or employee of Respondent.

6. As a result of the collision, claimant Erin Dancik was caused to sustain personal injuries.

7. As a result of the injuries sustained as aforesaid, claimant Erin Dancik was caused to suffer great pain of body and anguish of mind, her earning capacity has been and will be

impaired for a long period of time, and she has expended and will continue to expend large sums of money for medical care and attendance.

## CAUSE OF ACTION

(These Causes of Action Specifically Incorporate by Reference
All of Those Paragraphs Previously Set Forth)

**First Cause of Action**

8.   This is an action by claimant Erin Dancik against Respondent Woods Hole, Martha's Vineyard and Nantucket Steamship Authority for negligence resulting in personal injuries.

## DEMAND FOR RELIEF

A.   Claimant Erin Dancik demands judgment against Respondent Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, together with interest and costs as permitted by law, as to the First Cause of Action in the amount of the damages sustained to be determined by the jury or fact-finder.

## JURY DEMAND

The plaintiff claims a trial by jury.

        Claimant Erin Dancik,
        By Her Attorneys,
        LAW OFFICES OF SAMUEL A. SEGAL

        */s/ Samuel A. Segal*
_____
Samuel A. Segal, Esq.
BBO #679978
75 Arlington St., Ste. 500
Boston, MA 02116
p: 617-383-3542
f: 617-245-5320
sam@segallawmass.com

Dated:  July 23, 2018

## Certificate of Service

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 23, 2018.

        */s/ Samuel A. Segal*
_____
Samuel A. Segal, Esq.