UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO. 17-12473-NMG |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER AND CLAIM OF BONNIE GLASHEEN**

Now comes the Claimant, Bonnie Glasheen, by her attorney and moves for an extension of time in which to file her answer and claim, to August 10, 2018. As grounds therefore, Claimant states that her attorney departed on a long-scheduled vacation immediately after the complaint was served on claimant. Claimants attorney is a sole practitioner and his office is closed during this vacation, until his return on August 6, 2018, and he has limited technical resources while away. No previous extensions have been granted, and counsel for the Complainant/Petitioner has assented to this extension.

Where Claimant, Bonnie Glasheen respectfully requests that the Court extent the time for her to file an answer and claim up to an including August 10, 2018.

Claimant, Bonnie Glasheen
By her attorney,

*/s/Stephen M. Ouellette*
Stephen M Ouellette, Esquire
Mass. BBO# 543752
127 Eastern Ave., Suite 1
Gloucester, MA 01930
978-281-7788
stephen.ouellette@fishlaw.com

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 31, 2018.
*/s/ Stephen M. Ouellette*
Stephen M. Ouellette, Esquire