## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COMPLAINT OF WOODS HOLE,
MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP
AUTHORITY FOR
EXONERATION FROM AND/OR
LIMITATIONS OF LIABILITY,
CIVIL AND MARITIME

Case No.:  17-12473-NMG


IN ADMIRALTY

---

### CLAIM OF DANIEL PALCHANIS

#### JURISDICTION

1. This is a Claim being presented pursuant to 46 U.S.C. §§30501 et seq. and Supplemental Admiralty Rule F. This Court has admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. §1333.

#### THE CLAIMANT

2. Claimant, Daniel Palchanis, is an individual who resides at 15 Roxy Cahoon Road, Plymouth, Massachusetts.

#### THE FACTS

3. On June 16, 2017, claimant, Daniel Palchanis, was a passenger onboard the M/V IYANOUGH (O.N. 1185366) (the "Vessel") owned and/or operated by Respondent Woods Hole, Martha's Vineyard and Nantucket Steamship Authority ("Respondent") when the vessel was caused to collide with a jetty.

4. The cause of the incident was the carelessness and negligence of the Vessel's operator.

5. At all times material to this claim, the Vessel's operator was acting in his capacity as an agent, servant or employee of the Respondent.

6. As a result of the collision, claimant, Daniel Palchanis, was caused to sustain personal injuries.

7. As a result of the injuries sustained as aforesaid, claimant, Daniel Palchanis, was caused to suffer great pain of body and anguish, and has incurred medical expenses.

## CAUSE OF ACTION

(These Causes of Action Specifically Incorporate by Reference
All of Those Paragraphs Previously Set Forth)

**First Cause of Action**

8.  This is an action by claimant, Daniel Palchanis, against Respondent, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority for negligence resulting in personal injuries.

## DEMAND FOR RELIEF

A.  Claimant, Daniel Palchanis, demand judgment against Respondent, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, together with interest and costs as permitted by law, as to the First Cause of Action in the amount of the damaged sustained and to be determined by the jury or fact-finder.

## JURY DEMAND

The plaintiff claims a trial by jury.

Respectfully submitted,
Attorney for the Plaintiff,

John S. Moffa
BBO #547329
Law Offices of John S. Moffa
1436 Route 132
Hyannis, Massachusetts 02601
Telephone (508) 362-5554
Facsimile (508) 362-5588
moffalaw@comcast.net

Dated: 8/1/18

## CERTIFICATE OF SERVICE

The undersigned on behalf of counsel for the Plaintiff hereby certifies that service of the foregoing:

- Claim of Daniel Palchanis

was so given pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:

> Clinton & Muzyka, P.C.
> 88 Black Falcon Avenue, Suite 200
> Boston, MA 02210

Signed under the penalties of perjury this _1st_ day of _August_ , 2018.

John S. Moffa, Esq./ BBO#547329
Law Offices of John S. Moffa
1436 Route 132
Hyannis, Massachusetts  02601
(508)362-5554  Telephone
(508)362-5588  Facsimile
moffalaw@comcast.net