# EXHIBIT A

(1 of 1)

| | | | |
|---|---|---|---|
| Vessel Name: | **MV IYANOUGH** | USCG Doc. No.: | **1185366** |
| Vessel Service: | PASSENGER (INSPECTED) | IMO Number: | * |
| Trade Indicator: | Coastwise Unrestricted | Call Sign: | WDD4527 |
| Hull Material: | ALUMINUM | Hull Number: | P-357 |
| Ship Builder: | * | Year Built: | 2006 |
| | | Length (ft.): | 144.5 |
| Hailing Port: | WOODS HOLE MA | Hull Depth (ft.): | 12.6 |
| Owner: | MASSACHUSETTS COMMONWEALTH OF WOODS HOLE MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY 228 PALMER AVENUE(FALMOUTH) PO BOX 284 WOODS HOLE, MA 02543 | Hull Breadth (ft.): | 39 |
| | | Gross Tonnage: | 98 |
| | | Net Tonnage: | 66 |
| Documentation Issuance Date: | January 04, 2018 | Documentation Expiration Date: | January 31, 2019 |
| **Previous Vessel Names:** | No Vessel Name Changes | **Previous Vessel Owners:** | MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF MASSACHUSETTS COMMONWEALTH OF |