UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12473-NMG

COMPLAINT OF WOODS HOLE, MARTHA'S )
VINEYARD AND NANTUCKET STEAMSHIP )
AUTHORITY FOR EXONERATION FROM )
AND/OR LIMITATION OF LIABILITY, CIVIL )
AND MARITIME

## ANSWER OF KAREY MILLER

Now comes Claimant, Karey Miller, in the above-entitled action, by their attorney, and make the following Answer to the Complaint of Woods Hole, Martha's Vineyard and Nantucket Steamship Authority for Exoneration From or Limitation of Liability, civil and maritime, and says as follows:

1. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph one and therefore deny the same.

2. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph two and therefore deny the same.

3. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph three and therefore deny the same.

4. Admitted.

5. Denied.

6. Admitted.

7. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph seven and therefore deny the same.

8. Denied.

9. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph nine and therefore deny the same.

10. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph ten and therefore deny the same.

11. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph eleven and therefore deny the same.

12. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph twelve and therefore deny the same.

13. The Claimant is without sufficient knowledge or information to enable him to admit or deny the allegations contained in paragraph thirteen and therefore deny the same.

## AFFIRMATIVE DEFENSES

Now comes the Claimant and incorporates the following affirmative defenses into each and every paragraph contained in their Answer to Petitioner's Petition as follows:

AND FURTHER ANSWERING AS A COMPLETE AND SEPARATE DEFENSE the Petitioner has failed to comply with Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

AND FURTHER ANSWERING AS A COMPLETE AND SEPARATE DEFENSE the Claimant says that the Petitioner's Petition fails to state a claim upon which relief may be granted.

AND FURTHER ANSWERING AS A COMPLETE AND SEPARATE DEFENSE the Claimant says that this action was not commenced within the time required by the applicable statutes and rules of limitations.

AND FURTHER ANSWERING AS A COMPLETE AND SEPARATE DEFENSE that the Petitioner failed to post its interest in the M/V IYANOUGH at the time of the Complaint of

Woods Hole, Martha's Vineyard, and Nantucket Steamship Authority for Exoneration From or Limitation of Liability was filed.

AND FURTHER ANSWERING AS A COMPLETE AND SEPARATE DEFENSE that the Petitioner had privity and knowledge of the vessel's dangerous and unseaworthy condition prior to the voyage commenced.

WHEREFORE, the Claimant prays that this Honorable Court deny and/or dismiss Petitioner's Complaint for Exoneration from or Limitation of Liability and enter a decree lifting the restraining order barring the prosecution of a separate civil suit for damages.

**THE CLAIMANT REQUESTS A TRIAL BY JURY ON ALL ISSUES RAISED IN THE PETITION, ANSWER, AND CLAIM.**

Respectfully submitted,
Claimant,
By his attorney,

/s/ Brian Keane_____
Brian Keane, B.B.O. No. 656717
Keane Law Group, P.C.
110 K Street, Suite 330
Boston, MA 02127
(617) 313-2900
bkeane@keanelawgroup.com

| |
|---|
| I certify that a true copy of the above document was served upon each attorney of record by ECF on August 2, 2018.<br><br> /s/ Brian Keane_____ |