UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-12473-NMG

COMPLAINT OF WOODS HOLE, MARTHA'S )
VINEYARD AND NANTUCKET STEAMSHIP )
AUTHORITY FOR EXONERATION FROM )
AND/OR LIMITATION OF LIABILITY, CIVIL )
AND MARITIME

## CLAIM OF KAREY MILLER

Now comes the Claimant, Karey Miller, and states the following:

This Claim is being made under protest and without prejudice to the Claimant's contention that Petitioner's Limitation and Exoneration Petition is improper because this court lacks jurisdiction since Petitioner failed to comply with the requirements of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Local Rules of Civil Procedure for the United States District Court District of Massachusetts and that the conditions causing the serious personal injuries sustained by Karey Miller, were within the privity and knowledge of the Petitioner, its agents and/or employees. Based on the foregoing, said Petition for Exoneration from and/or Limitation of Liability should be dismissed.

## GENERAL FACTUAL ALLEGATIONS

1. The Claimant, Karey Miller, is a resident of West Yarmouth, Massachusetts.

2. The Petitioner, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority is a duly organized corporation organized under the laws of Massachusetts, and at all times hereinafter referred to, owned, operated and/or controlled the M/V IYANOUGH

3. On or about June 16, 2017, Mr. Miller was coming home from work and was a passenger on board the M/V IYANOUGH.

4. Mr. Miller was on a bench inside the cabin of the M/V IYANOUGH on his way home from work when the incident occurred.

5. The ferry hit a jetty and caused Mr. Miller to be thrown from his position and hit a table. He chipped his tooth and sustained a severe wrist injury.

6. On or about June 16, 2017 and prior to that date, the Petitioner did not ensure the vessel was operated safely or with competence. The vessel and her crew were unseaworthy which caused the incident. Said negligence, unseaworthiness and dangerous conditions were within the privity and knowledge of the vessels' owners.

## JURISDICTION

7. This claim is made pursuant to 28 U.S.C. § 1332 and § 1333. The Claimant seeks relief under General Maritime Law.

## COUNT I
## NEGLIGENCE
(General Maritime Negligence)

8. The Claimant, Karey Miller, reiterates the allegations set forth in paragraph 1 through 7 above.

9. At all times material hereto, the Petitioner owed a duty to Mr. Miller to exercise reasonable care under the circumstances for the Claimant's safety.

10. The personal injuries alleged were not caused by any fault on the Claimant's part, but because the Petitioner breached its duty of care to the Claimant and was caused by the negligence of the Petitioner Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, its agents, servants and/or employees with respect to its ownership, operation, and control of the M/V IYANOUGH.

11. The personal injuries alleged were not caused by any fault on the Claimant's part, but were caused solely by the negligence of the Petitioner, its agents, servants and/or employees.

12. As a result of said negligence, the Claimant has suffered damages which will be shown at trial.

WHEREFORE, the Claimant demands judgment against the Petitioner, Martha's Vineyard, Woods Holes and Nantucket Steamship Authority, in an amount to be determined by a jury together with interest and costs.

**CLAIMANT DEMANDS A TRIAL BY JURY ON ALL ISSUES RAISED HEREIN**

Respectfully submitted for the,
Claimant,
By his attorney,

/s/ Brian Keane_____
Brian Keane, B.B.O. No. 656717
Keane Law Group, P.C.
88 Black Falcon Avenue, Suite 301
Boston, MA 02127
(617) 313-2900
bkeane@keanelawgroup.com

| |
|---|
| I certify that a true copy of the above document was served upon each attorney of record by ECF on August 2, 2018.<br><br> /s/ Brian Keane_____ |