# UNTIED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Case No.: 17-12473-NMG

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, ) | |
| MARTHA'S VINEYARD AND ) | |
| NANTUCKET STEAMSHIP ) | |
| AUTHORITY FOR ) | |
| EXONERATION FROM AND/OR ) | IN ADMIRALTY |
| LIMITATIONS OF LIABILITY, ) | |
| CIVIL AND MARITIME ) | |

## ANSWER OF CLAIMANT ALICIA BRISCOE TO THE COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

The claimant Alicia Briscoe (hereinafter "Claimant"), hereby responds to the Petitioner's complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Claimant responds to the Petitioner's allegations paragraph by paragraph as follows:

### JURISDICTION

1. Admitted.

### COUNT I: LIMITATION OF LIABILITY

2. Claimant is without knowledge or information sufficient to form a belief as to truth of the allegations contained in this paragraph and calls upon Petitioner to prove same.

3. Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in this paragraph and calls upon Petitioner to prove the same.

4. Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in this paragraph and calls upon Petitioner to prove the same.

5. Denied.

6. Admitted that on June 16, 2017, the Vessel collided with a jetty. As to the remainder of this allegation, Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in the remainder of this paragraph and calls upon Petitioner to prove the same.

7. Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in this paragraph and calls upon Petitioner to prove the same.

8. Denied.

9. Denied.

10. Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in this paragraph and calls upon Petitioner to prove the same.

11. Denied.

12. Denied.

13. Claimant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in this paragraph and calls upon Petitioner to prove the same.

## **PRAYERS FOR RELIEF**

1) Claimant denies that Petitioner is entitled to the relief described;

2) Claimant denies that Petitioner is entitled to the relief described;

3) Claimant denies that Petitioner is entitled to the relief described;

4) Claimant denies that Petitioner is entitled to the relief described;

5) Claimant denies that Petitioner is entitled to the relief described; and

6) Claimant denies that Petitioner is entitled to the relief described.

## SECOND AFFIRMATIVE DEFENSE

The Petitioner's complaint fails to state a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

The Petitioner has failed to comply with Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

## FOURTH AFFIRMATIVE DEFENSE

The Petitioner's action was not commenced within the time required by the applicable statutes and rules of limitations.

## FIFTH AFFIRMATIVE DEFENSE

The Petitioner has failed to post its interest in the M/V IYANOUGH at the time the Complaint of Woods Hole, Martha's Vineyard, and Nantucket Steamship Authority for Exoneration From or Limitation of Liability was filed.

## SIXTH AFFIRMATIVE DEFENSE

The Petitioner had privity and knowledge of the Vessel's dangerous and unseaworthiness condition prior to the commencement of the voyage.

WHEREFORE, the Claimant prays that this Honorable Court deny and/or dismiss Petitioner's Complaint for Exoneration from or Limitation of Liability and enter a decree lifting the restraining order barring the prosecution of a separate civil suit for damages.

## THE CLAIMANT REQUESTS A TRIAL BY JURY ON ALL ISSUES RAISED IN THE PEITION, ANSWER, AND CLAIM.

Claimant Alicia Briscoe,
By Her Attorneys,

  s/Jennifer David
Fredric A. Swartz, BBO# 489560
Jennifer David, BBO# 659303
SWARTZ & LYNCH, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108

                                    Tel:  617-367-2882
                                    fswartz@swartzlynch.com
                                    jdavid@swartzlynch.com

Dated: August 2, 2018

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on August 2, 2018.

                                                                        s/Jennifer David
                                                                     Jennifer David, BBO# 659303