UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 17-12473-NMG

COMPLAINT OF WOODS HOLE,
MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP
AUTHORITY FOR
EXONERATION FROM AND/OR        IN ADMIRALTY
LIMITATIONS OF LIABILITY,
CIVIL AND MARITIME

_____

## CLAIM OF ALICIA BRISCOE

### JURISDICTION

1. This is a Claim being presented pursuant to 46 U.S.C. §§30501 et seq. and Supplemental Admiralty Rule F. This Court has admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C §1333.

### THE CLAIMANT

2. Claimant, Alicia Briscoe, is an individual with a place of residence at 6B Miacomet Road, Unit F5 in Nantucket, Massachusetts.

### FACTS

3. On or about June 16, 2017, the Claimant, Alicia Briscoe was a passenger on the M/V IYANOUGH (O.N. 1185366) (the "Vessel") owned and/or operated by Respondent Woods Hole, Martha's Vineyard and Nantucket Steamship Authority ("Respondent") when the Vessel was caused to collide with a jetty.

4. The cause of the incident was the carelessness and negligence of the Vessel's operator.

5. At all times material to this claim, the Vessel's operator was acting in his capacity as an agent, servant or employee of the Respondent.

6. As a result of the collision, Claimant Alicia Briscoe was caused to sustain personal injuries.

7. As a result of the injuries sustained as aforesaid, Claimant Alicia Briscoe was caused to suffer great physical and mental anguish, and has incurred medical expenses and other damages.

## CAUSE OF ACTION

(These Causes of Action Specifically Incorporate by Reference
All of Those Paragraphs Previously Set Forth)

**First Cause of Action**

8. This is an action by Claimant, Alicia Briscoe, against Respondent, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority for negligence resulting in personal injuries.

## DEMAND FOR RELIEF

A. Claimant, Alicia Briscoe, demands judgement against Respondent, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, together with interest and costs as permitted by law, as to the First Cause of Action in the amount of the damages sustained and to be determined by the jury or fact-finder.

## JURY DEMAND

The Claimant claims a trial by jury.

Respectfully submitted,
Attorneys for the Claimant, Alicia Briscoe,

Dated: August 2, 2018

s/ Jennifer David
Fredric A. Swartz, BBO# 489560
Jennifer David, BBO# 659303
SWARTZ & LYNCH, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108
Tel: 617-367-2882
fswartz@swartzlynch.com
jdavid@swartzlynch.com

## **CERTIFICATE OF SERVICE**

  Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on August 2, 2018.

                /s/Jennifer David
                Jennifer David, BBO# 659303