## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATIONS OF LIABILITY, CIVIL AND MARITIME | Case No.: 17-12473-NMG<br><br>IN ADMIRALTY |

### ANSWER OF CLAIMANT, DANIEL PALCHANIS, TO THE COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

The claimant, Daniel Palchanis (hereinafter "Claimant"), hereby responds to the Respondent's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Claimant responds to the Respondent's allegations, paragraph by paragraph, as follows:

### JURISDICTION

1. Admitted.

### COUNT I: LIMITATION OF LIABILITY

2. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

3. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the Respondent to prove same.

4. Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

5. Denied.

6. Claimant is without knowledge or sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

7. Claimant is without knowledge or sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

8. Denied.

9. Claimant is without knowledge or sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

10. Claimant is without knowledge or sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

11. Denied.

12. Denied.

13. Claimant is without knowledge or sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon Respondent to prove same.

## PRAYERS FOR RELIEF

(1) Claimant denies that Respondent is entitled to the relief described;

(2) Claimant denies that Respondent is entitled to the relief described;

(3) Claimant denies that Respondent is entitled to the relief described;

(4) Claimant denies that Respondent is entitled to the relief described;

(5) Claimant denies that Respondent is entitled to the relief described; and

(6) Claimant denies that Respondent is entitled to the relief described.

## FIRST AFFIRMATIVE DEFENSE

The Respondent's complaint fails to state a claim upon which relief can be granted.

Respectfully submitted,
Attorney for the Plaintiff,

*John S. Moffa*
BBO #547329
Law Offices of John S. Moffa
1436 Route 132
Hyannis, Massachusetts 02601
Telephone (508) 362-5554
Facsimile (508) 362-5588
moffalaw@comcast.net

Dated: 8/2/18

## CERTIFICATE OF SERVICE

The undersigned on behalf of counsel for the Plaintiff hereby certifies that service of the foregoing:

- Answer Of Claimant, Daniel Palchanis, To The Complaint Of Woods Hole, Martha's Vineyard And Nantucket Steamship Authority For Exoneration From And/Or Limitation Of Liability, Civil And Maritime

was so given pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants:

Clinton & Muzyka, P.C.
88 Black Falcon Avenue, Suite 200
Boston, MA 02210

Signed under the penalties of perjury this 2nd day of August, 2018.

John S. Moffa, Esq. - BBO#547329
Law Offices of John S. Moffa
1436 Route 132
Hyannis, Massachusetts 02601
(508)362-5554 Telephone
(508)362-5588 Facsimile
moffalaw@comcast.net