UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | No. 1:17-cv-12473 |

## UNITED STATES OF AMERICA'S MOTION
## TO CONTINUE STATUS CONFERENCE

Claimant United States of America moves to continue the status conference scheduled for August 15, 2018, at 11:15 a.m. (ECF 21, Aug. 1, 2018.) Undersigned counsel has a previously-scheduled hearing on a motion to dismiss in the U.S. District Court for the Eastern District of Michigan on that date, at 11:00 a.m., in the case of *Mark v. U.S. Department of Transportation*, No. 2:17-cv-13894, before the Honorable Gershwin A. Drain. Judge Drain scheduled the hearing on July 5, 2018. Accordingly, counsel respectfully requests that the present status conference be moved to a later date.

On August 2, 2018, counsel conferred via email with all counsel of record about this request. L.R. 7.1. Counsel for the following parties responded, and had no objection to a continuance: Steamship Authority, Briscoe, Dancik, Glasheen, Green, Miller, and Palchanis.

DATED: August 2, 2018          Respectfully submitted,

                                                                       CHAD A. READLER
                                                                        Acting Assistant Attorney General
                                                                        U.S. Department of Justice, Civil Division

                                                                        ANDREW E. LELLING
                                                                        United States Attorney

/s/ Jill Rosa
JILL DAHLMANN ROSA
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
Aviation & Admiralty Litigation
PO Box 14271
Washington, DC 20044-4271
(847) 732-1141
Jill.Rosa@usdoj.gov

Attorneys for the
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I filed the foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of the filing will be sent electronically to all counsel of record.

                                            /s/ Jill Rosa
                                         U.S. Department of Justice