UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | CIVIL ACTION NO.: 17-12473-NMG<br><br>IN ADMIRALTY |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE F(5) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

Now comes the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, as owner of the M/V IYANOUGH, in the above entitled action, by and through his undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims to default all persons who have not filed Claims as Ordered by this Honorable Court on July 3, 2018, with the exception of Claimant Bonnie Glasheen, who duly obtained an extension to file a claim by August 10, 2018.   The Plaintiff submits as grounds therefore that the Plaintiff has complied with all the requirements contained in Rule F(4) concerning publication and notice and that the time in which Claims were to be filed expired on August 3, 2018.  *See Affidavit of Plaintiff's counsel attached hereto as **Exhibit A.***

**WHEREFORE**, the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, prays that this Honorable Court enter default against all persons

who failed to file claims by August 3, 2018, with the exception of Claimant Bonnie Glasheen, in accordance with the Supplemental Rules for Certain Admiralty and Maritime Claims.

    Respectfully submitted,
**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY**

By his attorney:
**CLINTON & MUZYKA, P.C.**

*/s/"Olaf Aprans"*_____
**Thomas J. Muzyka**
**BBO NO. 365540**
**Olaf Aprans**
**BBO NO. 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA  02210
(617) 723-9165
Fax:  (617) 720-3489
Email:
oaprans@clinmuzyka.com

**CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 6, 2018.

"/s/ Olaf Aprans"
Olaf Aprans