# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG**  **IN ADMIRALTY** |

## AFFIDAVIT OF COUNSEL

I, Olaf Aprans, attorney for the Plaintiff, the Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, do hereby state and confirm that pursuant to the Order of this Honorable Court, the Notice of Complaint for Exoneration From or Limitation of Liability was published in the newspaper "*The Boston Globe*" as directed by the Order once a week for four [4] successive weeks, and that the same Notice was mailed, no later than the day of the second publication, to the last known address of every person known to have made any claim against the **M/V IYANOUGH,** arising out of the voyage of the **M/V IYANOUGH** on or about June 16, 2017, as more fully described in the Complaint.

As of August 3, 2018, the date affixed by the Order in which Claims must be filed, the Plaintiff has received sixteen [16] Claims, and anticipates receiving one [1] additional claim from Claimant Bonnie Glasheen on or before August 10, 2018 pursuant to her extension duly obtained from this Honorable Court.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF AUGUST, 2018.**

"/s/Olaf Aprans"
**Olaf Aprans**
**BBO No. 670434**