UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG<br><br>IN ADMIRALTY |

## PLAINTIFF'S REPORT OF CLAIMS

Pursuant to Rule F(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff reports that the following Claims have been filed with the United States District Court, District of Massachusetts in the above entitled action:

| Claimant | Claimant Attorneys | Nature of Claim | Amount of Claim |
|---|---|---|---|
| Finty Barton | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | Negligence/Personal Injury | Unspecified |
| John Barton | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | Negligence/Personal Injury | Unspecified |
| Michelle Barton | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109 | Negligence/Personal Injury | Unspecified |

| | | | |
|---|---|---|---|
| | (617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | | |
| Tye Barton | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | Negligence/Personal Injury | Unspecified |
| Alicia Briscoe | Fredric A. Swartz, Esq.<br>Jennifer David, Esq.<br>Swartz & Lynch, LLP<br>Old City Hall<br>45 School Street, 3rd Floor<br>Boston, MA 02108<br>617-367-2882<br>fswartz@swartzlynch.com<br>jdavid@swartzlynch.com | Negligence/Personal Injury | Unspecified |
| John Cadoret | John C. Manoog, III<br>Law Offices of John C. Manoog, III<br>40 South Street<br>Hyannis, MA 02601<br>jmanoog@manooglaw.com<br>508-775-0088 | Negligence/Personal Injury | Unspecified |
| Kathleen Cadoret | John C. Manoog, III, Esq.<br>Law Offices of John C. Manoog, III<br>40 South Street<br>Hyannis, MA 02601<br>jmanoog@manooglaw.com<br>508-775-0088 | Negligence/Personal Injury/Loss of Consortium | Unspecified |
| Erin Dancik | Samuel A. Segal, Esq.<br>Law Offices of Samuel A. Segal<br>75 Arlington Street, Ste. 500<br>Boston, MA 02116<br>617-383-3542<br>sam@segallawmass.com | Negligence/ Personal Injury | Unspecified |
| Joan DeLorenzo | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109 | Negligence/Personal Injury | Unspecified |

| | | | |
|---|---|---|---|
| | (617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | | |
| Joseph DeLorenzo | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | Negligence/Personal Injury | Unspecified |
| Marisa Green | Robert T. Karns, Esq.<br>Karns Law Group<br>6 Valley Road<br>Middletwon, RI 02842<br>401-841-5300<br>robert@karnslaw.com<br><br>Erin M. McEntee, Esq.<br>Fulweiler, LLC<br>40 Mary Street, 1st Floor<br>Newport, RI 02840<br>401-667-0977<br>emcentee@fulweilerlaw.com | Negligence/Personal Injury | Unspecified |
| Michael Green | Robert T. Karns, Esq.<br>Karns Law Group<br>6 Valley Road<br>Middletwon, RI 02842<br>401-841-5300<br>robert@karnslaw.com<br><br>Erin M. McEntee, Esq.<br>Fulweiler, LLC<br>40 Mary Street, 1st Floor<br>Newport, RI 02840<br>401-667-0977<br>emcentee@fulweilerlaw.com | Negligence/Personal Injury | Unspecified |
| Karey Miller | Brian Keane, Esq.<br>Keane Law Group, PC<br>110 K Street, Ste. 330<br>Boston, MA 02127<br>617-313-2900<br>bkeane@keanelawgroup.com | Negligence/Personal Injury | Unspecified |
| Daniel Palchanis | John Moffa, Esq.<br>Law Offices of John S. Moffa,<br>1436 Route 132 | Negligence/Personal Injury | Unspecified |

|  | | | |
|---|---|---|---|
|  | Hyannis, MA 02601<br>moffalaw@comcast.net<br>508-362-5554 | | |
| Bonnie Glasheen | Stephen M. Ouellette, Esq.<br>127 Eastern Ave., Ste. 1<br>Gloucester, MA 01930<br>978-281-7788<br>Stephen.ouellette@fishlaw.com | Negligence/Personal Injury | Unspecified |
| Matthew Martin | Carolyn Latti, Esq.<br>Jonathan Gilzean, Esq.<br>Latti & Anderson, LLP<br>30-31 Union Wharf<br>Boston, MA 02109<br>(617) 523-1000<br>Jgilzean@lattianderson.com<br>clatti@lattianderson.com | Negligence/Personal Injury | Unspecified |
| United States of America | Jill Dahlmann Rosa, Esq.<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>Aviation and Admiralty Litigation<br>PO Box 14271<br>Washington, DC 20044-4271<br>847-732-1141<br>Jill.rosa@usdoj.gov | Negligence/Property Damage/Rivers and Harbors Act | $592,095.00 |

Respectfully submitted,
**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY**

By his attorney:
**CLINTON & MUZYKA, P.C.**

*/s/"Olaf Aprans"*
**Thomas J. Muzyka**
**BBO NO. 365540**
**Olaf Aprans**
**BBO NO. 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA  02210
(617) 723-9165
Fax:  (617) 720-3489

Email:
oaprans@clinmuzyka.com

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 13, 2018.

Pursuant to Supplemental Admiralty Rule F(6) of the Federal Rules of Civil Procedure, I hereby certify that I caused a true copy of the above document to be served via regular mail on or before August 14, 2016.

"/s/ Olaf Aprans"
Olaf Aprans