UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | No. 1:17-cv-12473 |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and client agency hereby certify that they have conferred: (a) to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

On Behalf of the United States of America:

_____
Ryan T. Killman
District Counsel
U.S. Army Corps of Engineers
New England District

_____
Jill Dahlmann Rosa
Senior Trial Counsel
U.S. Department of Justice

DATED: August 29, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
U.S. Department of Justice, Civil Division

ANDREW E. LELLING
United States Attorney
District of Massachusetts

/s/ Jill Rosa
JILL DAHLMANN ROSA
Senior Trial Counsel

1

JUSTIN R. JOLLEY
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space, & Admiralty Litigation
PO Box 14271
Washington, DC 20044-4271
(847) 732-1141
Jill.Rosa@usdoj.gov

Attorneys for the
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent electronically to all counsel of record.

/s/ Jill Rosa
U.S. Department of Justice