UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| COMPLAINT OF WOODS HOLE, | ) | Case No.: 17-12473-NMG |
| MARTHA'S VINEYARD AND | ) | |
| NANTUCKET STEAMSHIP | ) | |
| AUTHORITY FOR | ) | |
| EXONERATION FROM AND/OR | ) | IN ADMIRALTY |
| LIMITATIONS OF LIABILITY, | ) | |
| CIVIL AND MARITIME | ) | |

## RESPONDENT/CLAIMANT ALICA BRISCOE'S L.R. 16.1 CERTIFICATION

Pursuant to L.R. 16.1(d)(3), Respondent/Claimant Alicia Briscoe and her undersigned counsel hereby certify that they have conferred: (A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses—of the litigation; and (B) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

| | |
|---|---|
| Claimant, Alicia Briscoe | Claimant, Alicia Briscoe, <br> By her attorneys, |
| *(signature)* | _____/s/ Jennifer David_____ <br> Fredric A. Swartz, BBO# 489560 <br> Jennifer David, BBO# 659303 <br> SWARTZ & LYNCH, LLP <br> Old City Hall <br> 45 School Street, 3rd Floor <br> Boston, MA 02108 <br> Tel: 617-367-2882 <br> fswartz@swartzlynch.com <br> jdavid@swartzlynch.com |
| Dated: September 7, 2018 | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on September 7 2018.

_____/s/ Jennifer David_____
Jennifer David, BBO# 659303