THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, )<br>MARTHA'S VINEYARD AND )<br>NANTUCKET STEAMSHIP )<br>AUTHORITY FOR EXONERATION )<br>FROM AND/OR LIMIT OF LIABILITY,)<br>CIVIL AND MARITIME ) | CIVIL ACTION NO.<br>17-cv-12473-NMG |

### AFFIDAVIT

I, Candy Barton, as mother and next friend of Tye Barton, hereby depose and state as follows:

1. I have discussed with my attorney the probable budget for the costs of conducting the full course – and various alternative courses – of the litigation.

2. I have discussed with my attorney potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24 DAY OF SEPTEMBER, 2018.

_____
Tye Barton, by and through his mother and next friend, Candy Barton

Respectfully submitted for the Claimant, Tye Barton, by and through his mother and next friend, Candy Barton, by his attorneys,

_____
Carolyn M. Latti, BBO # 567394
Jonathan E. Gilzean, BBO # 679164
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

DATED: 9/25/2018

## Certificate of Service

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 25, 2018.

/s/Jonathan E. Gilzean
Jonathan E. Gilzean, Esq.