UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMPLAINT OF WOODS HOLE, | ) | |
| MARTHA'S VINEYARD AND | ) | Case No.: 17-12473-NMG |
| NANTUCKET STEAMSHIP | ) | |
| AUTHORITY FOR | ) | |
| EXONERATION FROM AND/OR | ) | IN ADMIRALTY |
| LIMITATIONS OF LIABILITY, | ) | |
| CIVIL AND MARITIME | ) | |

**Claimant Erin Dancik's Fed.R.Civ.P. 26 Disclosures**

Claimant Erin Dancik, by her attorney and for Rule 26(a) Disclosures, respectfully sets forth:

1(A).   The following is generally discoverable:

(i)   Claimant Erin Dancik, Nantucket, Massachusetts, p: 248-895-7167, is a witness to the facts of the incident and her resulting injuries.

(ii)   Claimant Erin Dancik has in her possession medical records related to her injuries from the incident and has attached them on the enclosed CD (provided to plaintiff, available to other claimants upon request) as Exhibit 1 as follows:

| Tab # | Medical Provider | Date |
|---|---|---|
| 2 | Cape Cod Hospital | 6/17/17 |
| 3 | MGH | 6/28/17 |
| | | 9/12/17 |
| | | 9/25/17 |
| | | 10/4/17 |
| | | 12/5/17 |
| | | 7/11/18 |
| 4 | Nantucket Cottage Hospital | 7/12/17 - 12/19/17 |
| 5 | Sandy Walsh | 10/10/17 |

Claimant Erin Dancik further has in her possession medical bills related to her injuries from the incident and has attached them on the enclosed CD as Exhibit 2 as follows:

| Tab # | Medical Provider | Date | Bill | Total |
|---|---|---|---|---|
| 1 | Cape Cod Hospital | 6/17/17 | $990.94 | |
| | | **Total:** | | $990.94 |
| 2 | Cape Cod Hospital ER Phys | 6/17/17 | $230.00 | |
| | | **Total:** | | $230.00 |
| 3 | Nantucket Cottage Hospital | 6/28/17 | $280.00 | |
| | | 7/12/17 - 9/05/17 | $2,817.00 | |
| | | 7/22/17 | $4,317.00 | |
| | | 9/13/2017-12/9/17 | $3,201.00 | |
| | | **Total:** | | $10,615.00 |
| 4 | MGH | 9/12/17 | $886.00 | |
| | | 9/25/17 | $3,301.00 | |
| | | 10/4/17 | $289.00 | |
| | | 12/5/17 | $289.00 | |
| | | 7/11/18 | $289.00 | |
| | | **Total:** | | $5,054.00 |
| 5 | Sandy Walsh | 10/10/17 | $100.00 | |
| | | **Total:** | | $100.00 |
| **TOTAL MEDICAL BILLS:** | | | | **$16,989.94** |

Claimant Erin Dancik further has records relating to her lost wage claim in the amount of $4,360.50, including a letter from her employer Amy Pallenberg, lost wage forms complete by Amy Pallenberg Garden Design and Nantucket Book Partners, and relevant paystubs attached on the enclosed CD as Exhibit 3.

Claimant Erin Dancik further has three receipts totaling $482.94 for her out of pocket expenses related to her lodging for medical treatment attached on the enclosed CD as Exhibit 4.

Claimant Erin Dancik also has 14 photographs of her injuries attached on the enclosed CD as Exhibit 5.

Claimant Erin Dancik will supplement these documents as needed.

(iii)   Claimant Erin Dancik's medical bills thus far total $16,989.94.  Her lost wages total $4,360.50.  Her out of pocket expenses for medical treatment lodging totals $482.94.  She has also suffered significant and ongoing pain and suffering related to the nerve injuries in her left hand and soft tissue injuries to her right shoulder/upper arm and right hip.  Claim has been made in the amount of $185,000.00.

(iv)   Claimant Erin Dancik is not in possession of any such insurance agreements.

2(A).   Claimant Erin Dancik has not yet determined what experts will be called to testify at the time of trial.

(E)   Claimant Erin Dancik will supplement the above disclosures as required by the Court's order.

    Claimant Erin Dancik,
    By Her Attorneys,
    LAW OFFICES OF SAMUEL A. SEGAL

    _____
    Samuel A. Segal, Esq.
    BBO #679978
    75 Arlington St., Ste. 500
    Boston, MA 02116
    p: 617-383-3542
    f: 617-245-5320
    sam@segallawmass.com

Dated: October 23, 2018

**Certificate of Service**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2018.

_____
Samuel A. Segal, Esq.