**UNTIED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Case No.: 17-12473-NMG

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, ) | |
| MARTHA'S VINEYARD AND ) | |
| NANTUCKET STEAMSHIP ) | |
| AUTHORITY FOR ) | |
| EXONERATION FROM AND/OR ) | IN ADMIRALTY |
| LIMITATIONS OF LIABILITY, ) | |
| CIVIL AND MARITIME ) | |

**RESPONDENT/CLAIMANT ALICIA BRISCOE'S INITIAL DISCLOSURE**
**PURSUANT FED. R. CIV. P. 26(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Respondent/Claimant Alicia Briscoe provides the following description, by category, of documents that she may use to support her claims. Respondent/Claimant will produce copies of all such documents including medical records and tax returns (to the extent relevant to any potential lost wage claim), in her possession, custody or control that are not already in the possession of the other parties by the Court-ordered deadline of December 31, 2018, however existing records are available for inspection and copying at Plaintiff's request. Respondent/Claimant does not identify items that may be used for impeachment or rebuttal. Respondent/Claimant reserves the right to identify additional items that may be used at trial under Rule 702, 703, or 705 of the Federal Rules of Evidence.

**MEDICAL RECORDS:**

The following medical records may be used to support Respondent/Claimant's claims:

1.   Town of Yarmouth (Ambulance/EMS) – 6/16/17

1

2. NCH Sports Medicine & Physical Therapy Associates: Various dates (7/10/17; 7/19/17; 7/24/17; 7/26/17; 8/02/17; 8/10/17; 8/16/17; 8/23/17; 9/6/17; 9/13/17; 9/20/17; 9/27/17; 9/29/17; 10/4/17; 10/6/17; 10/18/17; 10/27/17; 10/30/17; 11/1/17; 11/6/17; 11/8/17; 11/29/17; 12/1/17; 12/4/17; 1/8/18; 1/10/18; 1/19/18; 1/22/18; 1/26/18; 1/29/18; 2/12/18)

3. Nantucket Cottage Hospital: Various dates (6/17/17; 6/27/17)

4. Cape Cod Hospital: 9/17/17

Claimant/Respondent will supplement further documents and medical records upon receipt from providers, as necessary and applicable.

**MEDICAL BILLS:**

The following medical bills may be used to support Plaintiff's claims:

1. Town of Yarmouth (Ambulance/EMS): $739.71

2. Cape Cod Emergency Physicians: $437

3. Nantucket Cottage Hospital/NCH Sports Medicine & Physical Therapy Associates (Partners Healthcare): $13,491.27

4. Cape Cod Hospital: $1,579.96

Medical expenses are at least **$16,247.94**. Plaintiffs will supplement further documents and medical bills upon receipt from providers as necessary and applicable.

**ADDITIONAL DOCUMENTS:**

Claimant/Respondent is evaluating a potential lost wage claim and will provide this figure with supporting documentation when received, no later than the Court-imposed deadline. Ms. Briscoe has incurred special damages of at least $16,247.94 in medical

expenses with potential additional lost wage damages.  She has had and continues to suffer ongoing pain and suffering for her left ankle and left elbow injuries.

**WITNESSES:**

The following individuals may have knowledge regarding the facts and circumstances surrounding the incident:

1. Alicia Briscoe, 6B Miacomet Road, F5, Nantucket, MA (Ph. 774-333-3978) is a witness to the incident and is expected to testify regarding same, as well as her injuries and treatment.

2. All medical providers listed above, whether through medical records, keeper of records, and/or individual testimony.

**INSURANCE AGREEMENTS:**

There are no known insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a judgment.

Claimant/Respondent, Alicia Briscoe,
By her attorneys,

*/s/ Jennifer David*
Fredric A. Swartz, BBO# 489560
Jennifer David, BBO# 659303
SWARTZ & LYNCH, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108
Tel:  617-367-2882
fswartz@swartzlynch.com
jdavid@swartzlynch.com

Dated: October 25, 2018

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 25, 2018 2018.

*/s/ Jennifer David*
Jennifer David, BBO# 659303
