UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, ) <br> MARTHA'S VINEYARD AND ) <br> NANTUCKET STEAMSHIP ) <br> AUTHORITY FOR EXONERATION ) <br> FROM AND/OR LIMIT OF LIABILITY, ) <br> CIVIL AND MARITIME ) <br> ) | CIVIL ACTION NO. <br> 17-cv-12473-NMG |

**RESPONDENT'S AUTOMATIC DISCLOSURE**
**PURSUANT TO F.R.C.P. 26(a)(1)**

The Respondent, John Cadoret, submits this Automatic Required Disclosure pursuant to Fed. R. Civ. P. 26(a)(1):

**(i)    NAMES AND, IF KNOW, ADDRESSES AND TELEPHONE NUMBERS OF PERSONS WITH DISCOVERABLE INFORMATION:**

1. Respondent, John Cadoret, Marstons Mills, Massachusetts, p: (508) 237-2260, is a witness to the facts of the incident and his resulting injuries;

2. Keeper of the Records, Cape Cod Hospital;

3. Keeper of the Records, Mashpee Family Medicine;

4. Keeper of the Records, Neurologists of Cape Cod;

5. Keeper of the Records, Yarmouth Fire Department;

6. Keeper of the Records, Thomas Tokarz, PhD;

7. Keeper of the Records, Cape Medical Supply;

8. Keeper of the Records, Mashpee Physical Therapy;

9. Kathleen Cadoret, Marston Mills, Massachusetts; p:(508) 237-2260, is a witness to the impact of Mr. Cadoret's injuries;

10. Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority;

11. Captain, mate (pilot) and crew aboard m/v IYANNOUGH;

12. Various personnel, United States Coast Guard Air Station Cape Cod, Joint Base Cape Cod;

13. Various personnel, Yarmouth Fire Department;

14. Other medical providers identified in the medical records so far provided to Plaintiff and/or its agents, medical providers who provided or will provide medical treatment to John Cadoret who he is not presently able to identify by name and such additional medical providers who provide treatment to Respondent/Claimant in the future;
15. All witnesses identified by Plaintiff;
16. All witnesses necessary for rebuttal or impeachment.

Respondent states that this list is by no means exhaustive and reserves the right to supplement and include all witnesses named by the other party to this action.

**(ii) DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF PLAINTIFF:**

1. Medical records regarding Respondent's treatment for injuries sustained in the events described in the Respondent's Claim;
2. Photographs depicting the Respondent's injuries;
3. Medical bills or charges regarding the Respondent's treatment for injuries sustained in the event described in the Respondent's Claim.

Respondent states that this list is by no means exhaustive and reserves the right to supplement and include all documents named by the other party to this action. Copies of documents will be made available upon request pursuant to Rule 34.

**(iii) COMPUTATION OF DAMAGES**

**Medical Expenses**

| Provider | Date | Amount |
|---|---|---|
| Cape Cod Hospital | 06/17/17 | $ 4,959.58 |
| Partner's Healthcare | 06/17/17 | $ 34.00 |
| Mashpee Family Medicine | 06/20/17 | $ 200.00 |
| Mashpee Family Medicine | 06/27/17 | $ 145.00 |
| Mashpee Family Medicine | 07/07/17 | $ 145.00 |
| Mashpee Family Medicine | 07/11/17 | $ 145.00 |
| Mashpee Family Medicine | 07/18/17 | $ 145.00 |
| Mashpee Family Medicine | 02/09/18 | $ 200.00 |
| Mashpee Family Medicine | 05/02/18 | $ 275.00 |

| | | |
|---|---|---|
| Cape Cod Emergency Phys. | 06/17/17 | $   865.00 |
| Neurologists of Cape Cod | 07/20/17 | $   433.48 |
| Neurologists of Cape Cod | 08/24/17 | $   285.62 |
| Neurologists of Cape Cod | 09/29/17 | $   285.62 |
| Yarmouth Fire Department | 06/16/17 | $   919.77 |
| Thomas Tokarz, PhD | 06/22/17-4/25/18 | $ 4,250.00 |
| Cape Medical Supply | 06/17/17 | $     83.00 |
| Mashpee PT | 6/22/17-4/25/18 | $ 1719.00 |
| **TOTAL MEDICAL BILLS:** | | **$13,371.07** |

**LOST WAGES:**

Respondent John Cadoret further has records relating to his lost wage claim in the amount of $32,830.24, including disability notes from his doctors.

**PAIN AND SUFFERING:**

Claimants seek reimbursement for pain and suffering, emotional distress, disfigurement, mental anguish, lost wages, loss of enjoyment of life, medical costs, pre-judgment interest and other damages as a result of the injuries Mr. Cadoret sustained as a result of the incident that is the subject of this legal action, including but not limited to his head injury, post concussive syndrome, post traumatic stress disorder, anxiety and back injury. The exact amount of these damages cannot be presently determined.

**(iv)** **INSURANCE AGREEMENTS UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT**

Respondent John Cadoret is not in possession of any such insurance agreements.

Respondent John Cadoret will supplement the above disclosures as required by the Court's Order.

        Respondent John Cadoret,
        By His Attorney,

        /s/ John C. Manoog III
        John C. Manoog, III, Esquire
        BBO#567481
        The Law Offices of John C. Manoog, III
        450 South Street
        Hyannis, MA 02601
        508-775-0088
        jmanoog@manooglaw.com