UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | No. 1:17-cv-12473 |

**MOTION TO STAY UNITED STATES'
PARTICIPATION DUE TO LACK OF APPROPRIATIONS**

The United States moves for a stay of its participation in this litigation due to the current lapse of appropriations. The United States does not seek to stay the litigation as to the private parties.

Undersigned counsel has been furloughed since December 22, 2018, and unable to work on this matter. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances such as "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The United States thus requests that all deadlines be stayed as to the United States until appropriations funding the Department of Justice have been enacted, at which time, depending on the length of the stay, the United States may need to seek additional time for discovery.

The United States shared this motion with all counsel via email on January 23, 2019, and received no opposition from the seven attorneys who responded.

DATED: January 23, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

1

U.S. Department of Justice, Civil Division

ANDREW E. LELLING
United States Attorney
District of Massachusetts

/s/ Jill Rosa
JILL DAHLMANN ROSA
Senior Trial Counsel
JUSTIN R. JOLLEY
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
PO Box 14271
Washington, DC 20044-4271
(847) 732-1141
Jill.Rosa@usdoj.gov
Attorneys for the
UNITED STATES OF AMERICA

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that she conferred with all counsel vial email on

January 23, 2019, and attempted in good faith to resolve or narrow the issue.

/s/ Jill Rosa
JILL DAHLMANN ROSA
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I filed the foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of the filing will be sent electronically to all counsel of record.

/s/ Jill Rosa
U.S. Department of Justice