UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG** **IN ADMIRALTY** |

**PLAINTIFF'S PARTIALLY ASSENTED TO STATUS REPORT CONCERNING HMS CONSULTING SUBPOENA RESPONSE AND CONFIDENTIALITY**

Now comes the plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Status Report pursuant to the Court's January 30, 3019 Order.

At the present time, the parties have not yet reached a final Confidentiality Agreement, but negotiations have moved forward. Plaintiff requests an extension until March 1, 2019 to negotiate a Confidentiality Agreement. Good cause exists to extend the time period to come to an agreement for the following reasons:

1. Plaintiff forwarded a proposed Confidentiality Agreement to counsel for all claimants on January 28, 2019.

2. Plaintiff did not receive any response to the proposed Confidentiality Agreement from any Claimant until Friday, February 8, 2019.

3. Many of the HMS Consulting documents produced in response to the subpoena were corrupted files and the undersigned was delayed in reviewing

those materials until the electronic corruption was remedied by staff on Thursday, February 7, 2019.

4. HMS Consulting did not bate stamp or otherwise organize its response to the subpoena and all documents were provided in purely electronic format. To identify with specificity which documents Plaintiff intended to mark as confidential, the voluminous file had to be properly organized and bate stamped, which was not completed until Thursday February 7, 2019.

5. The undersigned was unavailable to review the files on February 7, 2019, as he was in New York City taking a deposition in another matter.

6. Plaintiff's counsel has marked with specificity the documents he will recommend to claim as confidential. Plaintiff's counsel will be reviewing these documents with his client this week and expects to provide these materials to counsel for all Claimants by the end of this week.

7. Based on the response to Plaintiff's proposed Confidentiality Agreement, it appears that with more time the parties are very likely to reach an agreement on most, if not all, points.

8. The undersigned will be unavailable during the week of February 18, 2019, and it is anticipated that this is the case for many other counsel, as this is a school vacation week in Massachusetts public schools.

9. Plaintiff has received <u>no objection</u> from any Claimant as to the proposed extension. The following <u>14 of 17 Claimants have assented</u> to the foregoing extension requested:

       Finty Barton
       John Barton
       Michelle Barton
       Tye Barton
       Alicia Briscoe
       John Cadoret
       Kathleen Cadoret
       Erin Dancik
       Joan DeLorenzo
       Joseph DeLorenzo
       Marisa Green
       Michael Green
       Matthew Martin
       United States of America

WHEREFORE, the Plaintiff respectfully prays that the Honorable Court continue its interim Order granting Plaintiff's Motion for Protective Order and grant an extension until March 1, 2019 to negotiate and file a Confidentiality Agreement.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*

---

**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

## **CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 11, 2019**.**

                                                                  */s/ Olaf Aprans*

                                                                  Olaf Aprans