UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

_____

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY FOR
EXONERATION FROM AND/OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

_____

**RESPONDENTS/CLAIMANTS MARISA AND MICHAEL E.
GREEN'S NOTICE OF MOTION SEEKING EXTENSION
OF TIME TO AMEND AND/OR SUPPLEMENT THE PLEADING**

Respondents/Claimants Marisa Green and Michael E. Green (collectively "Green Claimants") by and through their undersigned attorneys and pursuant to L.R., D. Mass. 7.1, *et seq.* move herein for an extension of the time by which to amend and/or supplement the pleadings. The Green Claimants rely on their accompanying Memorandum of Law in support of the same.

For the Court's guidance, we obtained the consent of all parties to the relief sought herein except for Claimant Alicia Briscoe whose attorney is away this week. No objections have been received to this motion and it is not reasonably believed Claimant Briscoe would object.

WHEREFORE, Respondents/Claimants Marisa Green and Michael E. Green respectfully request that this Honorable Court extend its original date by which to amend and/or supplement the pleading from February 22, 2019 to March 25, 2019 and grant such other, further and/or different relief as is deemed just and appropriate.

// Signature Page Follows //

1

Dated:     February 22, 2019

                                             FULWEILER LLC

By:     /s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.
40 Mary Street, First Floor
Newport, RI 02840
(401) 667-0977
john@saltwaterlaw.com
*Attorney for Michael Green*
PRO HAC VICE ADMISSION

c:   KARNS LAW GROUP
    Attn. Robert T. Karns, Esq.

## CERTIFICATE OF SERVICE

     I hereby certify that on February 22, 2019, this document (<u>Notice of Motion</u>) was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

/s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.