UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

---

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

---

**RESPONDENTS/CLAIMANTS MARISA AND MICHAEL E. GREEN'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO EXTEND DEADLINE TO AMEND/SUPPLEMENT PLEADINGS**

Respondents/Claimants Marisa Green and Michael E. Green (collectively "Green Claimants") by and through their undersigned attorneys submit the herein Memorandum of Law in support of their motion to extend the time to amend and/or supplement the pleadings as originally scheduled in this Court's October 11, 2018 Order [Dkt. 84] stating in support thereof as follows:

1. This is a proceeding brought by the Petitioner seeking exoneration from or limitation of liability in connection with the ferry IYANOUGH's allision with a jetty in the vicinity of Hyannis Harbor. There are 18 Respondents/Claimants in this matter.

2. The Respondents/Claimants collectively served their First Request for Production of Documents on Petitioner on December 10, 2018. While various objections were received from Petitioner, Petitioner has not yet produced any documents in response.

3. Mindful that the purpose of Fed. Rule Civ. P. 37 is to not clog the Court with discovery disputes that might otherwise be resolved by the parties, there has been

1

a two hour conference call and multiple communications exchanged regarding the Petitioner's response. The Green Claimants have been told by Petitioner that some responsive documents will be produced and they understand these documents should be forthcoming shortly.

4. Whatever the case, the Green Claimants do not yet have the benefit of receiving and reviewing the Petitioner's documents and may be prejudiced by the passing of today's deadline to amend and/or supplement their pleadings if those documents should show reason for an amendment and/or supplement.

5. In this way, the Green Claimants request a thirty (30) day extension of the time by which to amend and/or supplement the pleadings in this proceeding. This request is made in good faith, is made on the reasonable belief that Petitioner will produce documents shortly and the Green Claimants cannot conceive any prejudice arising from their request. It is not anticipated that this request would impact any other discovery deadline imposed by this Court nor should it result in the continuance of any hearing, conference or trial.

6. "It is well settled that the trial judge has broad discretion in ruling on pre-trial management matters . . . ." Ayala-Gerena v. Bristol Myers-Squibb Co., 95 F.3d 86, 91 (1st Cir. 1996); see also Macaulay v. Anas, 321 F.3d 45, 49 (1st Cir. 2003) ("District courts enjoy broad discretion in administering their dockets . . . [which] encompasses the granting and denial of requests for continuances"). Here, the Green Claimants (along with the other Respondents/Claimants) have been diligent in prosecuting their discovery obligations and should not be prejudiced by not yet having received Petitioner's documents responsive to their document demands.

7.  This motion can *almost* be described as being on the consent of all parties in that the Petitioner as well as Respondent/Claimants Erin Dancik, John Cadoret, Kathleen Cadoret, Karey Miller, Alicia Briscoe, Joseph DeLorenzo, Joan DeLorenzo, Tye Barton, Michelle Barton, Finty Barton, John Barton, Matthew Martins, Bonnie Glasheen, Daniel Palchanis and the United States of America have all expressed their consent to the same. The Green Claimants have received <u>no</u> objections to the instant relief.

WHEREFORE, Respondents/Claimants Marisa Green and Michael E. Green respectfully request that this Honorable Court extend its original date by which to amend and/or supplement the pleading from February 22, 2019 to March 25, 2019 and grant such other, further and/or different relief as is deemed just and appropriate.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned attorney John K. Fulweiler, Esq. certifies having advised the parties of the Green Claimant's intention to make this motion and received the responses as set forth above at ¶ 7.

// Signature Page Follows //

Dated: February 22, 2019

FULWEILER LLC

By: /s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.
40 Mary Street, First Floor
Newport, RI 02840
(401) 667-0977
john@saltwaterlaw.com
*Attorney for Michael Green*
PRO HAC VICE ADMISSION

c: KARNS LAW GROUP
   Attn. Robert T. Karns, Esq.

CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2019, this document (Memorandum of Law) was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

/s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.