UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

---

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

---

**RESPONDENTS/CLAIMANTS MARISA AND MICHAEL E. GREEN'S NOTICE THAT THEIR MOTION SEEKING EXTENSION OF TIME TO AMEND AND/OR SUPPLEMENT THE <u>PLEADING IS MADE WITH THE CONSENT OF ALL PARTIES</u>**

Respondents/Claimants Marisa Green and Michael E. Green (collectively "Green Claimants") by and through their undersigned attorneys and pursuant to L.R., D. Mass. 7.1, *et seq.* advise the Court that following their filing of their motion [Dkt. 112] they were reminded that attorney Jennifer David, Esq. had earlier acted to give consent on behalf of Respondent/Claimant Alicia Briscoe.  <u>Thus, the Green Claimants' motion to extend the time to amend and/or supplement [Dkt. 112] is made with the consent of all parties</u>. We regret any inconvenience occasioned the Court by our having to file this follow-up notice.

// Signature Page Follows //

1

Dated: February 22, 2019

FULWEILER LLC

By: /s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.
40 Mary Street, First Floor
Newport, RI 02840
(401) 667-0977
john@saltwaterlaw.com
*Attorney for Michael Green*
*PRO HAC VICE ADMISSION*

C: KARNS LAW GROUP
   Attn. Robert T. Karns, Esq.

CERTIFICATE OF SERVICE

    I hereby certify that on February 22, 2019, this document (Notice Re Motion on Consent of All Parties) was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

/s/ John K. Fulweiler
_____
John K. Fulweiler, Esq.