UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG** <br><br> **IN ADMIRALTY** |

**PLAINTIFF'S SECOND STATUS REPORT CONCERNING HMS CONSULTING SUBPOENA RESPONSE AND CONFIDENTIALITY**

Now comes the plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Second Status Report pursuant to the Court's January 30, 3019 Order.

At the present time, the parties have not yet reached a final Confidentiality Agreement. After consulting with his client, Plaintiff's counsel has distributed a tentative Confidentiality Agreement to counsel for all claimants for their review and comment, which incorporates terms suggested by some Claimant's counsel. It is anticipated that the terms of the latest draft will not be controversial and negotiations to date have been amicable.

In fairness to counsel for the Claimants and for purposes of reaching an amicable agreement, Plaintiff requests an additional one [1] week extension for counsel for Claimants to review and comment on the latest form of the proposed Confidentiality Agreement. Good cause exists to grant this further extension as the parties expect to reach an amicable agreement, but require more time to review terms.

In the event a final Confidentiality Agreement cannot be reached by Friday, March 8, 2019, Plaintiff will file a proposed Confidentiality Agreement and Order indicating which parties have (or have not) assented thereto.

WHEREFORE, the Plaintiff respectfully prays that the Honorable Court continue its interim Order granting Plaintiff's Motion for Protective Order and grant an extension until March 8, 2019 to negotiate and file a Confidentiality Agreement.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*

**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2019**.**

*/s/ Olaf Aprans*

Olaf Aprans