UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG  IN ADMIRALTY |

**PLAINTIFF'S THIRD STATUS REPORT CONCERNING HMS CONSULTING SUBPOENA RESPONSE AND CONFIDENTIALITY**

Now comes the plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Third Status Report pursuant to the Court's January 30, 3019 Order.

Plaintiff has distributed a Proposed Confidentiality Order to counsel for all claimants. Plaintiff has only received requested changes to and negotiations concerning the Proposed Confidentiality Order from counsel for the following Claimants:

Michael Green

Marisa Green

Finty Barton

John Barton

Michelle Barton

Tye Barton

Joan DeLorenzo

Joseph DeLorenzo

Matthew Martin

The remaining Claimants have remained silent and have not participated in negotiations.

With respect to the above Claimants, there has been substantial agreement reached as to the Proposed Confidentiality Order, but complete agreement could not be reached as to all terms. Attached hereto is a Proposed Confidentiality Order that has been substantially, but not completely, agreed. Plaintiff moves that the Court adopt the attached Proposed Confidentiality Order.

There has been disagreement as to how to treat certain interview notes prepared by HMS Consulting. The interviews conducted by HMS Consulting were confidential and Steamship Authority employees were advised as such when they provided information. Plaintiff will file a separate Motion for Protective Order concerning these interview notes by March 15, 2019. Pending resolution of that Motion, Plaintiff moves that the HMS Consulting subpoena response remain confidential.

WHEREFORE, the Plaintiff respectfully prays that the Honorable Court grant the Proposed Confidentiality Order attached hereto and continue its order keeping the HMS Consulting file confidential pending the resolution of a Motion for Protective Order to be filed by Plaintiff by March 15, 2019.

Respectfully submitted,

Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority

By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*

**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2019**.**

*/s/ Olaf Aprans*

Olaf Aprans