UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

## THE GREEN CLAIMANTS' STATUS REPORT RE CONFIDENTIALITY ORDER

Respondents/Claimants Marisa Green and Michael Green respond to the "Status Report" filed by Petitioner. [Dkt 117]

1. The Green Claimants do not agree with the proposed Confidentiality Order and it is unfair for Petitioner to unilaterally transform a "Status Report" into a motion seeking the Court accept Petitioner's version of the Confidentiality Order. No notice of Petitioner's intention to seek affirmative relief in this regard was provided to the undersigned.

2. The Green Claimants respectfully request that in light of Petitioner transforming a "Status Report" into a motion, that this Court enter a briefing schedule so that the Green Claimants may explain their concerns and the reason behind their proposed edits. In the alternative, request is made that this Court schedule a telephone conference to address the same.

3. Among other things, the Green Claimants believe the proposed Confidentiality Order should allow for use of Confidential Information obtained in this litigation in connection with a related action they filed against the Ferry's Master and

1

First Officer (C.A. # 1:19-cv-10345-NMG) arising out of the same incident as opposed to having re-discover the same.  Not including such language in this Confidentiality Order will result in needless re-doing of discovery in the Green Claimants' related action, resulting in a waste of resources (including judicial resources).

     4.     The undersigned has been at another attorney's office since 12:15 p.m. today for the purpose of depositions which ran until a short while ago.  The undersigned had no opportunity to review Petitioner's filing and craft and file this Status Report any earlier than he is doing right now.

// Signature Page Follows //

Dated:  March 8, 2019

                              Respondents/Claimants Marisa Green and Michael Green, by their attorneys:

                              Fulweiler llc

By:   /s/ John K. Fulweiler
       _____
       John K. Fulweiler, Esq. (PHV 9/6/2018)
       Erin M. McEntee, Esq. (#695395)
       W.B. Franklin Bakery Building
       40 Mary Street
       Newport, RI 02840
       (401) 667-0977 -- Telephone
       (401) 656-2501 – Facsimile
       emcentee@fulweilerlaw.com
       *Attorneys for Marisa Green and Michael E. Green*

CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, this document (<u>Green Claimants' Status Report Re Confidentiality Order</u>) was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

                        /s/ John K. Fulweiler
                        _____
                        John K. Fulweiler, Esq.