UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

---

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

---

### RESPONDENTS/CLAIMANTS MICHAEL GREEN'S AND MARISA GREEN'S NOTICE OF THEIR MOTION TO COMPEL DISCOVERY FROM PETITIONER

Now comes Respondents/Claimants Marisa Green and Michael E. Green (collectively "Greens") and hereby move for a Court Order (i) compelling Petitioner Woods Hole, Martha's Vineyard And Nantucket Steamship Authority to produce all documents responsive to the Respondents'/Claimants' December 10, 2018 <u>Joint Request for Production of Documents</u>; (ii) provide, as necessary and appropriate, a contemporaneous privilege log fully consistent with Fed. R. Civ. P. 26(b)(5) and (iii) for such other, further and/or different relief as this Court deems just and equitable. The Greens rely upon the accompanying memorandum of law, Declaration and attached exhibits in support of their motion to compel.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), oral argument is requested.

1

Dated: March 14, 2019

|  |  |
|---|---|
|  | Respondents/Claimants Marisa Green and Michael Green, by their attorneys: |
|  | Fulweiler llc |
| By: | /s/ John K. Fulweiler<br>_____<br>John K. Fulweiler, Esq. (PHV 9/6/2018)<br>Erin M. McEntee, Esq. (#695395)<br>W.B. Franklin Bakery Building<br>40 Mary Street<br>Newport, RI 02840<br>(401) 667-0977 -- Telephone<br>(401) 656-2501 – Facsimile<br>emcentee@fulweilerlaw.com<br>*Attorneys for Marisa Green and Michael E. Green* |
|  | Respondents/Claimants Marisa Green and Michael Green, by their attorneys: |
|  | Karns Law Group |
| By: | /s/ Robert T. Karns<br>_____<br>Robert T. Karns, Esq. (BBO #260160)<br>6 Valley Road<br>Middletown, RI 02842<br>(401) 841-5300 -- Telephone<br>(401) 846-5999 – Facsimile<br>robert@karnslaw.com<br>(sarah@karnslaw.com)<br>www.karnslaw.com<br>*Attorneys for Marisa Green and Michael E. Green* |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2019, this document (Greens' Notice of Motion to Compel) was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

                                          /s/ John K. Fulweiler
                                          _____
                                          John K. Fulweiler, Esq.