UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG<br><br>IN ADMIRALTY |

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR DESTRUCTION AND/OR RETURN OF CERTAIN CONFIDENTIAL MATERIALS PRODUCED IN THE HMS CONSULTING SUBPOENA RESPONSE**

Now comes the plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Motion for Protective Order for Destruction and/or Return of Certain Confidential Materials Produced in the HMS Consulting Subpoena Response.

In this motion, Plaintiff seeks a Protective Order requiring the destruction and/or return of certain confidential interview notes of Steamship Authority employees and other stakeholders on the grounds that they are protected by the self-critical analysis privilege, the fair reporting privilege and because they contain information from private and confidential interviews.[1]  Because the foregoing protections apply, the Court should properly allow this motion and require the destruction of these materials (and certification thereof) by counsel for all Claimants pursuant to Fed.R.Civ.P. 26(b)(5)(B).

---

[1] This is only a portion of the HMS Consulting subpoena response.  The remainder of the materials will be subject to the Final Confidentiality Order once adopted by the Court following the briefing schedule.

WHEREFORE, and for the reasons set forth in the accompanying Memorandum, the HMS Consulting interview notes are protected by (1) the self-critical analysis privilege, (2) the fair reporting privilege, (3) the fact that their probative value (none) does not justify disclosure of these confidential materials.  Accordingly, the Court should properly grant the foregoing motion and issue a Protective Order requiring the destruction and/or return of these materials, and certification from counsel for all parties that they have done so.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*
_____

**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 20, 2019

*/s/ Olaf Aprans*
_____
Olaf Aprans