# EXHIBIT 2

# Comprehensive Review of the Steamship Authority's Operations

## Nantucket Presentation

March 4, 2018



# Introduction

**Purpose** – to understand the problems the SSA experienced in the spring of 2018, identify the underlying systemic causes, develop practical and effective recommendations

**Scope of Study** – five areas of focus

1. Vessel Operations
2. Fleet Maintenance
3. Management Structure
4. Public Communications
5. IT Systems

**The Study Team**









# Key Points About the Steamship Authority

- The SSA - unique, complex, accomplishes an extraordinary amount with the resources they have, group of hard-working and committed employees

- Public Perception – concern over incidents is understandable, but the SSA does not get credit for the things it does really well

- Current actions – have implemented or are in the process of implementing corrective actions, mostly at the intermediate level

- The role of the United States Coast Guard

# Methodology
## Steps I. – III.

I. **Project Plan** – established in order to define the scope of work, schedule and processes by which the team will conduct the work.

II. **Data Requests** – submitted through the designated point-of-contact at the SSA, received immediate responses. Large volume of information to absorb.

III. **Site Visit / General Observations** – team members observed operations and conducted confidential interviews.

# Methodology
## Steps IV. – VI.

IV. **Root Cause Analysis** – selected eight incidents to analyze

- Looks beyond the human element or mechanical failures
- Focuses on management systems
- Identifies causal factors that contributed to the incident, usually multiple causal factors
- Not always possible to determine the immediate cause of a failure, but the root cause does not necessarily require that all items be resolved

V. **Review with the SSA** – participated in video conferences to verify facts where possible and inform the group on the process

VI. **Final Recommendations** – Initiatives the SSA can undertake to address the underlying issues that instigated this study.



# Arriving at Final Recommendations

RCAs
- Intermediate Causes
  →Intermediate Solutions
- Root Causes
  →Solutions to root causes

General Observations
- Issues
  →Specific Solutions to issues

Final Recommendations*
- Encapsulate all solutions
- Impact vs Ease of Implementation
- Apply Globally

*See Appendices for links

# Key Categories

### Vision
i. Mission Statement & Performance Objectives

ii. Strategic Plan

### Management Accountability & Recruitment
iii. Performance Objectives / Accountability

iv. External Recruitment

**Final Recommendations**

### Process-Based Management
v. Safety Management System

vi. Quality Management System

viii. Learning Management System

### Organizational Structure
viii. Engineering Resources

ix. HSQE

x. Vessel Operations

# i. Mission Statement & Performance Objectives



<u>Vision</u>

Objective: Establish a common direction for the organization.

Requires:

- Consensus from leadership

- Establish Core Values

<u>Objective</u>: Establish a way to measure progress against the Mission Statement

Requires:

- Establishing measurable goals

- Annual reviews and adjustments

**Impact: High**

**Ease of Implementation: Medium**



## ii. Strategic Plan

*Vision*

<u>Objective:</u> Establish how the organization will accomplish its vision.

Requires:

- Broad organizational involvement
- Trickle-down planning
- Regular review and adjustments

**Impact: High**

**Ease of Implementation: Medium**

# iii. Management Performance Objectives / Accountability

Goals should be:

 Specific

Measureable

 Actionable

 Relevant

 Time-bound

_Mgmt Accountability/Recruitment_

Objective: Align management goals.

Objective: Establish a means to measure management performance linked directly to strategic goals.

Requires:

- Organizational mission statement and performance objectives

- Policy change

- Development of managers' performance objectives

- Annual reviews and adjustments

**Impact: High**

**Ease of Implementation: High**

## iv. Recruit Externally

### Pros and Cons
#### External Recruitment

**Pros**

- Provides new ideas / fresh perspectives
- Could initiate a turnaround
- Hiring experienced employees can reduce training needed
- Internal politics may be avoided
- Bigger talent pool / more applicants

**Cons**

- Less information available on applicants
- Search takes longer and costs more
- Outsider takes a longer time to become familiar with current systems and organization culture
- Destroys incentive of present employees to strive for promotion
- Can hurt employee morale and loyalty

---

### *Mgmt Accountability/Recruitment*

**Objective:** To diversify the management team using external searches.

**Requires:**

- Policy change

**Impact: High**

**Ease of Implementation: Medium**

# v. Safety Management System (SMS)



*Process-based Management*

**Objective:** the safe operation of the fleet and protection of the environment

Requires:

- Documentation of policies and procedures (what you do and how you do it)

- Communication feedback process

- Designated Person (DP)

- Externally audited

**Impact: Very High**

**Ease of Implementation: Low**

# vi. Quality Management System (QMS)





*__Process-based Management__*

__Objective:__ meeting client service expectations more efficiently and effectively

Requires:

- Documentation of policies and procedures (what you do and how you do it)

- Communication feedback process

- Designated Person (DP)

- Externally audited

**Impact: High**

**Ease of Implementation: Low**

# vii. Learning Management System (LMS)



## Process-based Management

Objective: ensure proper levels of training are achieved and tracked, to further employee development

Requires:

- Development of training materials
- Vehicle for training delivery
- System for reliably tracking completed training

**Impact: Very High**

**Ease of Implementation: Very Low**

# viii. Engineering Resources





## Organizational Structure

**Objective:** to ensure adequate resources are available and realign roles and responsibilities

Requires:

- Additional resources to support the fleet

- Addition of position dedicated to planning and management of major projects

- Shift focus of Port Engineers to vessel operations support

**Impact: High**

**Ease of Implementation: Low**

# ix. Health, Safety, Quality & Environmental Management

Safety Culture

Compliance Activities

Management Reporting

Continuous Improvement

Key Performance Indicators

## Organizational Structure

Objective: to ensure proper development, implementation and ongoing management of SMS / QMS

Requires:

- Identification of qualified candidate

- Proper level of authority to enforce safety and quality concerns

- Independent of operational chain of command

**Impact: High**

**Ease of Implementation: Low**

# X. Vessel Operations

## *Organizational Structure*

Current Organizational Structure:

- Two separate lines of direct reporting coming off of the vessels
- Split chain-of-command
- Conflicting authorities in the decision-making process
- Vessel Operations is not represented at the executive / director level



# X. Vessel Operations

### *Organizational Structure*

**Objective:** to establish an effective chain-of-command through the core discipline of the organization and ensure adequate levels of authority in decision-making

Requires:

- Addition of a Chief Operating Officer
- Addition of a Director of Marine Ops
- Realignment of roles and responsibilities, levels of authority
- Support of the operations team

**Impact: High**

**Ease of Implementation: Low**









Thank You. Questions?