# EXHIBIT 3



# Woods Hole, Martha's Vineyard and Nantucket Steamship Authority

**AUTHORITY MEMBERS**

ROBERT F. RANNEY
Nantucket Member, Chairman

ROBERT R. JONES
Barnstable Member, Vice Chairman

MARC N. HANOVER
Martha's Vineyard Member, Secretary

ELIZABETH H. GLADFELTER
Falmouth Member

MOIRA E. TIERNEY
New Bedford Member

ROBERT B. DAVIS
General Manager

GERARD J. MURPHY
Treasurer/Comptroller

STEVEN M. SAYERS
General Counsel

July 22, 2018

TO: All Employees

FROM: Robert B. Davis
General Manager

SUBJECT: Comprehensive Review of the SSA's Operations

    As you are undoubtedly aware, the SSA has contracted with HMS Consulting and Technical (HMS) to undertake a comprehensive review of our operations. This review will include our vessel operations, fleet maintenance, public communications and information technology systems.

    HMS consultants, along with consultants from Glosten and Rigor Analytics who are working with HMS on this project, will begin onsite activities this week. Activities will include additional document requests, observation of our vessel maintenance facility and our fleet and terminal operations, and interviews and conversations with Board Members, Port Council members, the staff, employees and other stakeholders. I feel strongly, and so does the Board, that HMS needs to talk directly with our vessel, terminal, and maintenance employees to get a better sense of where our problems lie and how best to fix them.

    If any of the consultants asks to talk with you, please feel free to do so. Robert Sylvia of Teamsters Union Local 59 will be accompanying them, so you can ask him for his advice and support at any time. In addition, you will be able to talk with the consultants without any supervisors or management staff members present. We also want to assure you that you can say anything you want to the consultants without fear of any retaliation. Further, we have been assured by HMS that, in their report, no names will be used and no individual will be directly quoted.

    I would like to thank everyone in advance for their cooperation as we seek, as you do, to build a better Steamship Authority.

Thank You,

*[signature: Robert B. Davis]*

228 Palmer Avenue • Falmouth, Massachusetts 02540 • (508) 548-5011 • FAX (508) 548-8410