# EXHIBIT 4

**Olaf Aprans**

**From:** Thomas Muzyka
**Sent:** Wednesday, January 9, 2019 11:37 AM
**To:** Cheryl Mehos; Angela Bruno
**Subject:** FW: Activity in Case 1:17-cv-10432-DJC Arnold v. Woods Hole, Martha's Vineyard And Nantucket Steamship Authority Order on Motion in Limine

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, January 9, 2019 11:31:13 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:17-cv-10432-DJC Arnold v. Woods Hole, Martha's Vineyard And Nantucket Steamship Authority Order on Motion in Limine

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2019 at 11:31 AM EST and filed on 1/9/2019
**Case Name:**     Arnold v. Woods Hole, Martha's Vineyard And Nantucket Steamship Authority
**Case Number:**   1:17-cv-10432-DJC
**Filer:**
**Document Number:** 121(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re: [75] Motion in Limine to Preclude Evidence of Comprehensive Review by Woods Hole, Martha's Vineyard And Nantucket Steamship Authority. Defendant's motion to preclude admission of the "Comprehensive Review of the SSA's Operations," issued on December 13, 2018 is ALLOWED. This study, recently issued, was prompted by issues with the SSA in the spring of 2018 and was the result of a review conducted in July 2018, D. 75-1 at 6, both long after the September 30, 2016 incident involved in this case. First, to the extent that Plaintiff notes that certain sections touch upon the general issue of safety and/or maintenance on the vessels, there is no indication as to the probative value of same as to the particular mechanism and circumstances here such that any such limited relevance is outweighed by unfair prejudice under Rule 403. Second, admission of the report containing extensive recommendations certainly would run afoul of Fed. R. Evid. 407. Lastly, although the underlying data presumably was provided by SSA and/or its employees and agents, the report itself is not the statement of**

**SSA, a party opponent, but that of an outside "team of experts", D. 75-1 at 6, and, therefore does not constitute non-hearsay as Plaintiff contends. (Hourihan, Lisa)**

**1:17-cv-10432-DJC Notice has been electronically mailed to:**

Thomas J Muzyka     tmuzyka@clinmuzyka.com

Carolyn M. Latti     clatti@lattianderson.com

Paul J. Pennock     ppennock@weitzlux.com, lschultz@weitzlux.com

Olaf Aprans     oaprans@clinmuzyka.com

Shannon M. Pennock     Shannonpennock@pennocklawfirm.com, aens@pennocklawfirm.com, laurie@pennocklawfirm.com, preid@pennocklawfirm.com, vjenkins@pennocklawfirm.com

**1:17-cv-10432-DJC Notice will not be electronically mailed to:**