UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY FOR
EXONERATION FROM AND/OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

**RESPONDENTS/CLAIMANTS MARISA AND MICHAEL E.
GREEN'S NOTICE WITHDRAWING WITHOUT PREJUDICE
THEIR MOTION TO COMPEL [Dkt. 120]**

Respondents/Claimants Marisa Green and Michael E. Green (collectively "Green Claimants") by and through their undersigned attorneys withdraw without prejudice their Motion to Compel.  [Dkt. 120]  This Motion is withdrawn because a response with documents was received by Petitioner under cover letter dated March 28, 2019.  This withdrawal does not speak to the adequacy of Petitioner's response which is still being assessed by the Green Claimants.  The Green Claimants reserve all of their rights to seek further relief regarding this particular discovery including, but not limited to, moving to compel responses.  This withdrawal is made in good faith for the purpose of allowing the attorneys to attempt to resolve any disputes as to the response between themselves in the first instance.

For the Court's guidance, the Green Claimants are not aware of a hearing date having been set for this motion.

// Signature Page Follows //

1

Dated: April 4, 2019

          FULWEILER LLC

By:   /s/ John K. Fulweiler
          _____
          John K. Fulweiler, Esq.
          40 Mary Street, First Floor
          Newport, RI 02840
          (401) 667-0977
          john@saltwaterlaw.com
          *Attorney for Michael Green*
          *PRO HAC VICE ADMISSION*

c: KARNS LAW GROUP
  Attn. Robert T. Karns, Esq.

## CERTIFICATE OF SERVICE

  I hereby certify that on April 4, 2019, this foregoing document was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

          /s/ John K. Fulweiler
          _____
          John K. Fulweiler, Esq.