# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

## IN ADMIRALTY

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 1:17-cv-12473-NMG** |

### JOHN CADORET AND KATHLEEN CADORET'S OPPOSITION TO PETITIONER'S MOTION FOR A PROTECTIVE ORDER [D.E. 124)

**NOW INTO COURT**, through undersigned counsel, comes John Cadoret and Kathleen Cadoret (hereinafter sometimes referred to as "Claimants") and file this opposition to Petitioner's Motion for a Protective Order [D.E. 124]. The Petitioner's motion should be dismissed for the grounds stated in the oppositions filed by Claimants Martins, Bartons and DeLorenzo [D.E. #135] and Claimants Marisa Green and Michael E. Green [D.E. #136].

Dated: April 4, 2019

                                     Respectfully submitted,
                                     The Plaintiff
                                     By his Attorney,

                                     /s/ John C. Manoog III
                                     John C. Manoog III, BBO#567481
                                     The Law Offices of John C. Manoog, III
                                     450 South Street
                                     Hyannis, MA 02601
                                     (508) 775-0088

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on April 24, 2019 will be sent via electronic mail to all counsel registered with ECF.  All parties not registered with the ECF system will receive copies via U.S. Mail.

/s/ John C. Manoog III