## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | **CIVIL ACTION NO.: 17-12473-NMG**  <br><br>**IN ADMIRALTY** |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER FOR DESTRUCTION AND/OR RETURN OF CERTAIN CONFIDENTIAL MATERIALS PRODUCED IN THE HMS CONSULTING SUBPOENA RESPONSE

Now comes the plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter the "Steamship Authority"), in the above captioned civil action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and hereby submits its Motion for Leave to File a Reply in Support of its Motion Protective Order for Destruction and/or Return of Certain Confidential Materials Produced in the HMS Consulting Subpoena Response.

The Steamship Authority has filed a Motion for Protective Order, seeking the destruction of interview notes contained within the HMS Consulting Subpoena Response that it submits are confidential.  *See Document Nos. 124 and 125.*  Confidentiality has been challenged by the Cadoret, Martins, Barton, Delorenzo, and Green claimants in their several Oppositions to the Motion.  *See Document Nos. 135, 136, and 138.*  The Steamship Authority seeks leave of court to address these challenges in a short Reply memorandum pursuant to Local Rule 7.1(b)(3).

Case 1:17-cv-12473-NMG   Document 140   Filed 04/09/19   Page 2 of 2

2

WHEREFORE, Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority respectfully moves that the Honorable Court grant it leave to file a Reply Memorandum in Support of its Motion for Protective Order seeking the destruction of confidential interview notes of HMS Consulting.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*

**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
(617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 9, 2019

*/s/ Olaf Aprans*

Olaf Aprans