UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN ADMIRALTY

_____

In The Matter Of

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY FOR
EXONERATION FROM AND/OR LIMITATION
OF LIABILITY, CIVIL AND MARITIME

C.A. No.: 1:17-cv-12473-NMG

_____

**RESPONDENTS/CLAIMANTS MICHAEL GREEN'S AND MARISA GREEN'S
RESPONSE TO PETITIONER'S MOTION FOR LEAVE TO FILE REPLY [Dkt. 140]**

Now come Respondents/Claimants Marisa Green and Michael E. Green (collectively "Green Claimants") stating as follows in opposition to Petitioner's Motion [Dkt. 140]:

1. The Petitioner has had ample opportunity to unfold its arguments before this Court on issues relating to the Protective Order which seeks the destruction of discovery materials. [Dkt. 124] Petitioner fails to explain how a Reply will advance the Court's understanding and/or otherwise provide clarity. The issues are straightforward and Petitioner's moving papers failed to show entitlement to the broad protective order it seeks such that it should not now be allowed to try and rehabilitate its original motion through its reply papers. The Green Claimants respectfully oppose the Petitioner's Motion seeking a Reply.

2. Should this Court be inclined to grant the Petitioner's request for leave to file a Reply [Dkt. 140], the Green Claimants respectfully request that the Court schedule

1

oral argument per Local Rule 7.1(d) on the Petitioner's Motion seeking a Protective Order [Dkt. 124] in the belief that the Court will benefit from hearing from the parties.

Dated:  April 10, 2019

                    Respondents/Claimants Marisa Green and Michael Green, by their attorneys:

Fulweiler llc

By:   /s/ John K. Fulweiler
        _____
        John K. Fulweiler, Esq. (PHV 9/6/2018)
        W.B. Franklin Bakery Building
        40 Mary Street
        Newport, RI 02840
        (401) 667-0977 -- Telephone
        (401) 656-2501 – Facsimile
        emcentee@fulweilerlaw.com
        *Attorneys for Marisa Green and Michael E. Green*

Respondents/Claimants Marisa Green and Michael Green, by their attorneys:

Karns Law Group

        /s/ Robert T. Karns
By:   _____
        Robert T. Karns, Esq. (BBO #260160)
        6 Valley Road
        Middletown, RI 02842
        (401) 841-5300 -- Telephone
        (401) 846-5999 – Facsimile
        robert@karnslaw.com
        (sarah@karnslaw.com)
        www.karnslaw.com
        *Attorneys for Marisa Green and Michael E. Green*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 10, 2019, this foregoing document was filed through the ECF system and it is available for viewing and downloading from the ECF system such that all appearing counsel have been served with this document by electronic means.

                                              /s/ John K. Fulweiler
                                              _____
                                              John K. Fulweiler, Esq.