UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME** | CIVIL ACTION NO.: 17-12473-NMG IN ADMIRALTY |

### JOINT MOTION TO CONTINUE HEARING
### ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Now come the parties indicated below, by and through their counsel, and respectfully move to continue the Hearing on Plaintiff's Motion for Protective Order for Destruction and/or Return of Certain Confidential Material Produced in the HMS Consulting Subpoena Response (Document No. 124), presently scheduled for April 18, 2019.

Good cause exists for continuing the hearing on the foregoing motion. During recent discussions between opposing counsel, it has become apparent that a substantial amount of time has been devoted to certain discovery materials. This has kept counsel for all parties from focusing their time in reaching amicable resolutions to claims. It has been proposed by both counsel for certain claimants and by plaintiff's counsel that all proceedings in the matter, including any final rulings as to confidentiality, be stayed pending an attempt to reach amicable resolutions of claims. It is believed that this will be a more practical use of the parties' efforts at this time.

WHEREFORE, Plaintiff and all Claimants who have opposed Plaintiff's pending Motion for Protective Order respectfully pray that the hearing scheduled for April 18, 2019

be continued to a time during the week of May 6, 2019 to allow counsel to negotiate an agreed stay, and that all materials produced in response to the HMS Subpoena be kept confidential in the interim per the status quo.

Respectfully submitted,

**PLAINTIFF, WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,**

**By its attorneys,**

**CLINTON & MUZYKA, P.C.**

*/s/ Olaf Aprans*
_____
**Thomas J. Muzyka**
**BBO NO: 365540**
**Olaf Aprans**
**BBO NO: 670434**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
Tel#:  (617) 723-9165
Fax#: (617) 720-3489
Email: oaprans@clinmuzyka.com

**CLAIMANTS MATTHEW MARTINS,**
**JOSEPH & JOHN DeLORENZO,**
**TYE BARTON, MICHELLE BARTON,**
**FINTY BARTON & JOHN BARTON**

**By their attorneys,**

**LATTI & ANDERSON, LLP**

*/s/Carolyn M. Latti*_____
**Carolyn M. Latti**
**BBO NO.  567394**
**Jonathan E. Gilzean**
**BBO NO:  679164**
30-31 Union Wharf
Boston, MA  02109
Tel#: (617) 523-1000
Email: clatti@lattianderson.com

**CLAIMANTS MICHAEL & MARISA GREEN**

By their attorneys,

**FULWEILER LLC**

*/s/John K. Fulweiler*_____
**John K. Fulweiler (PHV 9/6/2018)**
W.B. Franklin Bakery Building
40 Mary Street, First Floor
Newport, RI  02840
Tel: (401) 667-0977
Email:  emcentee@fulweilerlaw.com

**CLAIMANTS JOHN & KATHLEEN CADORET**

By their attorneys,

**LAW OFFICES OF JOHN C. MANOOG, III**

*/s/John C. Manoog, III*
**John C. Manoog, III**
**BBO NO.  567481**
450 South Street
Hyannis, MA  02601
Tel: (508) 775-0088
Email**: jmanoog@manooglaw.com**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 17, 2019.

*/s/ Olaf Aprans*
_____
Olaf Aprans