UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPLAINT OF WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, CIVIL AND MARITIME | CIVIL ACTION NO.: 17-12473-NMG  IN ADMIRALTY |

### ASSENTED TO MOTION TO STAY LITIGATION FOR 45 DAYS

Now come the Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, by and through its counsel, and respectfully moves this Honorable Court for a Stay of the litigation, including the Hearing on Plaintiff's Motion for Protective Order for Destruction and/or Return of Certain Confidential Material Produced in the HMS Consulting Subpoena Response (Document No. 124), presently scheduled for May 9, 2019. Plaintiff prays this Honorable Court stay the litigation and the running of the discovery deadlines for a period of 45 days.

Good cause exists for granting the Stay. As this Honorable Court is aware, this matter follows an allision incident on June 16, 2017. On that date, the high-speed ferry M/V IYANOUGH, operated by *The Steamship Authority,* allided with a jetty outside Hyannis Harbor, resulting in numerous personal injury claims against the vessel by crewmembers and passengers and for damage to the jetty by the Army Corps of Engineers. The parties have engaged in discovery and, in an effort to streamline this litigation, the Plaintiff moves this Honorable Court allow the parties a period of 45 days to attempt to resolve and settle Claims with as many Claimants as possible.

Counsel for all claimants have assented to this Motion.

*Motion allowed.* /s/ NMGorton, USDJ 5/16/19